**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — MDL 00-1328 (PAM/JGL)

This Document Relates to:

Four B Corp., et al. v. Ajinomoto Co., Inc., et al., Case No. 03-CV-1193 (PAM/JGL)

**STIPULATION AND ORDER EXTENDING DEADLINE FOR TAKEDA CHEMICAL INDUSTRIES, LTD. TO RESPOND TO THE COMPLAINT**

Plaintiffs and Defendant Takeda Chemical Industries, Ltd. hereby agree and stipulate that the deadline for this Defendant to answer, move or otherwise respond to the Removed Petition is extended. Defendant Takeda Chemical Industries, Ltd. shall answer, move, or otherwise respond to the Removed Petition on or before May 5, 2003.

Dated: April 2, 2003

SHAFER LOMBARDO SHURIN

By [signature]

Gregory P. Forney, KS #16329
4141 Pennsylvania
Kansas City, MO 64111
Tele: 816-931-0500
Fax: 816-931-5775

Attorneys for Plaintiffs
Four B Corp., et al.

ROUSE HENDRICKS GERMAN MAY PC

By [signature]

Jason M. Hans, KS #18881
1010 Walnut, Suite 400
Kansas City, MO 64106
Tele: 816-471-7700
Fax: 816-471-2221

Attorneys for Takeda Chemical Industries, Ltd.

APR 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

As set forth in the above stipulation, Defendant Takeda Chemical Industries, Ltd. shall answer, move or otherwise respond to the Removed Petition on or before May 5, 2003.

Dated: April 3, 2003

Paul A. Magnuson
Judge of United States District Court