**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 PAM/JGL

This document relates to: ALL CASES

Having considered the request of the parties in their letter to the Court, dated February 15, 2001, the Court hereby modifies Paragraph IV.D. of its Amended pretrial Order No. 2, filed June 2, 2000, as follows:

**IV. D. Class Certification Motions.** Plaintiffs will file on or before November 17, 2000, any motions seeking class certification (including expert reports), identifying the class(es) for which certification is sought, detailing the facts on which satisfaction of the requirements of Fed. R. Civ. P. 23 is asserted, and describing what and how notice will be given to class members. Defendants will file on or before March 30, 2001, any objections to class certification (including expert reports), specifying with particularity the factual and legal basis of their objection and identifying any facts on which an evidentiary dispute exists. Plaintiffs' response (including rebuttal expert reports) must be filed on or before May11, 2001. Defendants may file a reply memorandum related directly to the material contained in the reports of Plaintiffs' rebuttal experts on or before May 25, 2001. The Court will hear Plaintiffs' motion(s) at a time to be determined later.

FILED MAR - 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

All other pretrial deadlines remain the same.

IT IS SO ORDERED.

BY THE COURT:

Dated: February 20, 2001

The Honorable Paul A. Magnuson, Chief Judge
United States District Court

152412.WPD