UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

**ORDER**

---

This matter is before the Court on Defendant Archer Daniels Midland's ("ADM") objections to the September 12, 2001, Order of Special Master John Borg requiring ADM to produce audio- and videotapes from another litigation.

The Court must modify or set aside any portion of the Special Master's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b); Order of May 10, 2001 (Clerk Doc. No. 141). This Court has conducted a de novo review of the record in this matter. Based on that review, the Court is satisfied that the Special Master correctly decided the issue before him.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Archer Daniels Midland's Objections to the Order of Special Master John Borg (Clerk Doc. No. 173) are **DENIED**;
2. The Order of Special Master John Borg (Clerk Doc. No. 172) is **AFFIRMED**.

Dated: October 3, 2001

Paul A. Magnuson
United States District Court Judge

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______