UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 (PAM/JDL)

**ORDER**

Now before the court is the joint motion of non-party witnesses Michael D. Andreas and Terrance S. Wilson for a protective order prohibiting plaintiff's from videotaping their depositions, and Plaintiff's opposition thereto, and upon consideration of the arguments of counsel and all the files and proceedings herein,

**IT IS ORDERED THAT:**

The Joint Motion by Michael D. Andreas and Terrance S. Wilson For Protective Order is granted. The depositions of Michael D. Andreas and Terrance S Wilson shall be taken only by stenographic means.

The aforementioned depositions may take place after the close of discovery only if there is a pending appeal of this order before the United States District Court between the date of this order and the close of discovery.

MEMORANDUM

The court has reviewed the February 7, 2001 order of Magistrate Judge John M. Mason of the United States District Court for the District of Minnesota in the matter of In re: High Fructose Corn Syrup Antitrust Litigation, upon the Joint Motion of Michael D. Andreas and Terrance S. Wilson for Protective Order to prohibit audio/videotaping of their depositions.

This court finds the present motion essentially indistinguishable from the motion before Magistrate Judge Mason of February 7, 2001, and accordingly incorporates the basis set forth by Magistrate Judge Mason in his Order and Memorandum and his reasoning as set forth in his ruling from the bench as the basis for this order.

Dated: March 14, 2002

John W. Borg, Special Master

MAR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK