RECEIVED
BY MAIL
MAR 26 2002
CLERK US DIST COURT
ST. PAUL, MN

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL No. 00 - 1328 (PAM/JGL)

This Document Relates To: ALL CASES

# AMENDMENT TO FIRST ADDENDUM TO THE PROTECTIVE ORDER DATED JUNE 27, 2000

WHEREAS, counsel for Takeda Chemical Industries, Ltd. and Takeda Vitamin & Food USA, Inc. have changed law firms and the law firm of White & Case, LLP has been substituted for Squadron Ellenoff Plesent & Sheinfeld, LLP; and

WHEREAS, the parties desire that certain other defense counsel be substituted for or added to the permissible attorneys listed in Paragraph 2 of the First Addendum to the Protective Order Dated June 27, 2000; and

WHEREAS, various defendants were misidentified in the First Addendum to the Protective Order Dated June 27, 2000.

THEREFORE, it is hereby stipulated and agreed, by and between the undersigned parties and the United States Department of Justice, that Paragraph 2 of the First Addendum to the Protective Order Dated June 27, 2000 shall be amended to read as follows:

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

"2. The tape recordings shall be made available to the following attorneys and paralegals for plaintiffs and defendants in the above-captioned litigation through the procedures outlined in paragraph 4 below:

For Plaintiffs:

W. Joseph Bruckner
Heidi M. Drewes-Silton
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

Daniel E. Gustafson
Karla M. Gluek
HEINS MILLS & OLSON
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 338-4605

For Defendant Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.:

Michael R. Lazerwitz
Steven Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W., Suite 9000
Washington, DC 20006-1801
Tel: (202) 974-1500

Michael A. Lindsay
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Te;: (612) 340-2600

For Defendant Takeda Chemical Industries, Ltd. and Takeda Vitamin & Food USA, Inc.:

Lawrence Byrne
Kathleen O'Leary
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200

Joseph T. Dixon, Jr.
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4502
Tel: (612) 339-2500

For Defendant Archer Daniels Midland Company:

John E. Schmidtlein
William J. Bachman
Nicholas Boyle
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000

For Defendant Cheil Jedang Corporation and CJ America, Inc.:

Barry McNeil
Ronald Breaux
HAYNES & BOONE LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Tel: (214) 651-5688

Said First Addendum to the Protective Order Dated June 27, 2000 remains otherwise unchanged.

Dated: March 12, 2002

W. Joseph Bruckner
Heidi M. Drewes-Silton
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue So., Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Attorneys for Plaintiffs

Dated: March 12, 2002

_______________________________
Daniel E. Gustafson
Karla M. Gluek
HEINS MILLS & OLSON
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 338-4605
Attorneys for Plaintiff

Dated: ____________________, 2002

_______________________________
Michael R. Lazerwitz
Steven Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue N.W.
Suite 9000
Washington, DC 20006-1801
Tel: (202) 974-1500
Attorneys for Defendant Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.

Dated: ____________________, 2002

_______________________________
Michael A. Lindsay
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 340-2600
Attorneys for Defendant Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.

Dated: ____________________, 2002

_______________________________
Lawrence Byrne
Kathleen O'Leary
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Attorneys Defendant Takeda Chemical Industries, Ltd. and Takeda Vitamin & Food USA, Inc.

Dated: ____________________, 2002

____________________________
Daniel E. Gustafson
Karla M. Gluek
HEINS MILLS & OLSON
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 338-4605
Attorneys for Plaintiff

Dated: March 12, 2002

Michael R. Lazerwitz/SAN
Michael R. Lazerwitz
Steven Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue N.W. Suite 9000
Washington, DC 20006-1801
Tel: (202) 974-1500
Attorneys for Defendant Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.

Dated: March 12, 2002

Michael A. Lindsay/SAN
Michael A. Lindsay
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 340-2600
Attorneys for Defendant Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.

Dated: March 12, 2002

Lawrence Byrne/SAN
Lawrence Byrne
Kathleen O'Leary
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Attorneys Defendant Takeda Chemical Industries, Ltd. and Takeda Vitamin & Food USA, Inc.

Dated: March 12, 2002

Joseph T. Dixon, Jr. /SAN
Joseph T. Dixon, Jr.
HENSON & EFRON, P.A.
220 South Sixth St., Suite 1800
Minneapolis, MN 55402-4503
Tel: (612) 339-2500
Attorneys Defendant Takeda Chemical Industries, Ltd. and Takeda Vitamin & Food USA, Inc.

Dated: March 12, 2002

John E. Schmidtlein /SAN
John E. Schmidtlein
William J. Bachman
Nicholas Boyle
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Attorneys for Defendant Archer Daniels Midland Company

Dated: March 12, 2002

Barry McNeil /SAN
Barry McNeil
Ronald Breaux
HAYNES & BOONE LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Tel: (214) 651-5688
Attorneys for Defendant Cheil Jedang Corporation and CJ America, Inc.

Dated: March 12, 2002

Terry M. Henry /SAN
Terry M. Henry
United States Department of Justice
Civil Division
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-4107
Attorneys for the United States Department of Justice

Based on the foregoing Stipulation, it is:

SO ORDERED.

Dated: 3/22/02

Special Master John W. Borg

Based on the foregoing Stipulation, it is:

SO ORDERED.

Dated: 3/12/02

Special Master John W. Borg