IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 PAM/JGL

This document relates to: Four B Corp. d/b/a Price Chopper, Hen House, Balls Foods, et al v. Archer Daniels Midland Co., Inc., et al., Civil File No. 03-2001 (D. Kan.)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**IT IS HEREBY STIPULATED** by and between plaintiffs and defendant Miwon Company Ltd. ("Miwon"), by and through their undersigned counsel, that the time in which Miwon may answer or otherwise plead in this action shall be extended through November 28, 2003.

Dated: ~~September~~ October 10, 2003

**SHAFER LOMBARDO SHURIN**

By____________________________

Gregory P. Forney
Charles H. Stitt
4141 Pennsylvania
Kansas City, Missouri 64111-3033
816.931.0500 Phone
816.931.5775 Fax
ATTORNEYS FOR PLAINTIFFS QUEEN, CONSENTINO, and FOUR B CORPORATION

OCT 14 2003
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 PAM/JGL

This document relates to: Four B Corp. d/b/a Price Chopper, Hen House, Balls Foods, et al v. Archer Daniels Midland Co., Inc., et al., Civil File No. 03-2001 (D. Kan.)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**IT IS HEREBY STIPULATED** by and between plaintiffs and defendant Miwon Company Ltd. ("Miwon"), by and through their undersigned counsel, that the time in which Miwon may answer or otherwise plead in this action shall be extended through November 28, 2003.

Dated: September __, 2003

**SHAFER LOMBARDO SHURIN**

By ______________________
Gregory P. Forney
Charles H. Stitt
4141 Pennsylvania
Kansas City, Missouri 64111-3033
816.931.0500 Phone
816.931.5775 Fax
ATTORNEYS FOR PLAINTIFFS QUEEN, CONSENTINO, and FOUR B CORPORATION

Dated: October 1, 2003

**BRIGGS AND MORGAN, P.A.**

By: W. Patrick Judge

Alan H. Maclin (Atty. Reg. #66102)
W. Patrick Judge (Atty. Reg. #202721)
2200 First National Bank Building
332 Minnesota Street
Saint Paul, Minnesota 55101
(651) 223-6600

Richard B. Pacella, Esq.
Law Offices of Richard B. Pacella
Three New York Plaza
New York, NY 10004
(212) 509-4600
**Attorneys for Defendant Miwon Co. Ltd.**

SO ORDERED.

Dated: October 10, 2003

United States District Judge