Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** November 10, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Mary Kaye Conery, Deputy Clerk

**In Re:** District Court Case No.: 00 MD 1328 PAM
Eighth Circuit Case No.:
Case Title: In re: Monosodium Glutamate

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

x Notice of Appeal
☒ Order/Judgement appealed from
☒ Docket Entries
☒ Other:
  x The statutory filing fee has been paid, receipt # 429851.
  ☐ The statutory filing fee has been waived:
    ☐ USA filed appeal
    ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet..
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
| --- | --- | --- |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ____________________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☐ Yes, receipt # 429851 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☐ Yes ☐ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

x Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

Mary Kaye Conery, Deputy Clerk

Modified 05/09/03

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL 00-1328 (PAM/JGL)

This document relates to: ALL CASES

---

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Gold Bennett Cera & Sidener LLP ("GBCS) hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order, filed in this action on October 14, 2003, denying GBCS's Objections to the Order of Special Master John Borg re payment of attorneys' fees.

Dated: November 5, 2003

Solomon B. Cera
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Attorneys for Plaintiff and Class Representative
Felbro Food Products, Inc.

11-6-03
mka

103951



439

CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On November 5, 2003, I served a copy of the aforementioned "**NOTICE OF APPEAL**" and "**APPEAL INFORMATION FORM**" on all parties listed on the attached Exhibit I, by causing true and correct copies of same to be enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid, or delivered as otherwise indicated via courier or facsimile, as indicated on the attached Exhibit I.

Executed on November 5, 2003, at San Francisco, California.

KimLane E. Gantan

**EXHIBIT I**

Richard A. Lockridge, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, Minnesota 55401

Samuel D. Heins, Esq.
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Michael A. Lindsay
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402