UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**MDL NO. 00-1328 (PAM/JGL)**

This Document Relates To:

*Conopco, Inc. v. Daesang Japan, Inc. et al., Case No. 02 CV 9832 (SKW) (S.D.N.Y.)*

**ORDER OF DISMISSAL, WITH PREJUDICE, OF CONOPCO'S CLAIM AGAINST THE "CHEIL" DEFENDANTS**

This cause is before the Court, pursuant to Rule 41, Fed.R.Civ.P., on the Stipulation of Plaintiff Conopco, Inc. ("Conopco") and Defendants Cheil Jedang Corporation n/k/a CJ Corporation and CJ America, Inc. (collectively the "Cheil" Defendants) to dismiss, with prejudice, Conopco's claim in this case against the Cheil Defendants. The Court has considered the Stipulation, the record in this case, and being otherwise advised, it is

Ordered and Adjudged that the foregoing Stipulation of Conopco and the Cheil Defendants to dismiss, with prejudice, Conopco's claim in this case against the Cheil Defendants be and the same is Accepted and Approved. It is therefore

Ordered and Adjudged that Plaintiff Conopco, Inc.'s claim in this case against Defendants Cheil Jedang Corporation n/k/a CJ Corporation and CJ America, Inc. be and the same is dismissed, with prejudice, each side to bear its own attorneys' fees and costs. This dismissal is without prejudice to Conopco's claim against any other Defendants or alleged co-conspirators in this case.

Done and Ordered in Chambers in St. Paul, Minnesota, this 9th day of January, 2004.

United States District Judge

cc: William Blechman, Esquire
Barry McNeil, Esquire

/172413

FILED JAN 12 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____