# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

In re: MSG
Multi-District Litigation

**COURT MINUTES**
BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: 00-md-1328 PAM
Date: March 5, 2004
Deputy: Suzanne M. Ruiz
Court Reporter: Julie Rixie
Time Commenced: 9:00
Time Concluded: 9:30
Time in Court: Hours & 30 Minutes

Hearing on: **Motion for Final Approval of Distribution of Settlement**

APPEARANCES:

Plaintiff: Susan MacMenamin, Samuel Heins, Joseph Bruckner
Defendant:

PROCEEDINGS: Terms of distribution placed on the record. Court granted terms of distribution.

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.

s/Suzanne M. Ruiz
Calendar Clerk