**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**MDL NO. 00 – 1328 (PAM)**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**CASE MANAGEMENT ORDER NO. 1**

---

**This Document Relates to: Lief, et al. v. Archer Daniels Midland Co., et al., W.D. Wis. File No. 03-C-115-S**

---

The parties appeared before the Court on January 28, 2004, and March 9, 2004, for status conferences regarding a pretrial scheduling order. Based on agreements of counsel, it is ordered:

## I. Organization

### A. Plaintiffs' Liaison Counsel

The Court designates the following as Plaintiffs' Liaison Counsel:

Daniel Gustafson
Gustafson Gluek PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Plaintiffs' Liaison Counsel shall:

1. Coordinate (after such consultation with other co-counsel as appropriate) the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

2. Coordinate specific tasks (after such consultation with other co-counsel as appropriate) in a manner to ensure that pretrial preparation for the Plaintiffs is conducted effectively, efficiently, and economically;

3. Enter into stipulations (after such consultation with other co-counsel as appropriate) with opposing counsel, necessary for the conduct of the litigation;

4. Receive and, as appropriate, distribute to co-counsel orders from the Court and documents from opposing parties and counsel;

5. Maintain and distribute to co-counsel and to Defendants' Liaison Counsel an up-to-date service list; and

6. Perform other such duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further Order of the Court.

**B. Defendants' Liaison Counsel**

The Court designates the following as Defendants' Liaison Counsel:

Michael A. Lindsay
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Defendants' Liaison Counsel shall:

1. Coordinate (after such consultation with other co-counsel as appropriate) the initiation and conduct of discovery on behalf of Defendants consistent with the requirements of Fed. R. Civ. P. 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

2. Coordinate specific tasks (after such consultation with other co-counsel as appropriate) in a manner to ensure that pretrial preparation for the Defendants is conducted effectively, efficiently, and economically;

3. Enter into stipulations (after such consultation and agreement with other co-counsel as appropriate) with opposing counsel, necessary for the conduct of the litigation;

4. Receive and, as appropriate, distribute to co-counsel orders from the Court and documents from opposing parties and counsel;

5. Maintain and distribute to co-counsel and to Plaintiffs' Liaison Counsel an up-to-date service list; and

6. Perform other such duties as may be incidental to proper coordination of Defendants' pretrial activities or authorized by further Order of the Court.

## II. Scheduling

### A. Answers and Rule 12(b) Motions

The Court sets the following deadlines for any Rule 12(b) motions in this matter:

| | |
|---|---|
| May 3, 2004 | Deadline for served defendants to serve motions and all supporting papers |
| June 21, 2004 | Deadline for serving responses to motions and all supporting papers |
| July 26, 2004 | Deadline for serving replies to motions and all supporting papers |

After full briefing, Counsel will obtain from the Court's calendar clerk a date for a hearing on any such motions. The deadlines in this paragraph shall not apply to motions to dismiss for insufficiency of process or insufficiency of service of process, except for process purportedly served as of April 2, 2004.

**B. Class Certification**

The Court sets **February 1, 2005**, as the deadline for completion of discovery relating to class certification issues.

Counsel are directed to meet and confer concerning (a) specific deadlines for filing motions for class certification (which is anticipated to be during Spring 2005) and for the exchange of expert reports and expert discovery on class certification issues, and (b) the nature of any hearing (whether evidentiary or otherwise) and shall obtain a date from the Court's clerk for any such hearing.

**C. Amendments to Pleadings**

The Court will set no deadline for amendment of the pleadings at this time, but will address the issue after the motions to dismiss are decided.

**D. Merits Discovery**

The Court sets **August 1, 2005** as the deadline for completion of discovery relating to merits.

**E. Limitations and Conduct of Discovery**

Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel shall meet and discuss the manner in which discovery shall be taken, including but not limited to the number of depositions and expert depositions contemplated, the number of interrogatories requested, a schedule and terms for making available to plaintiffs discovery materials from the direct purchaser proceedings in *In re MSG Antitrust Litigation*, and the use of previous MDL discovery in this proceeding and in state-court proceedings. Counsel should use their best efforts to reach agreement and shall submit to the Court a report on the status of these issues on or before April 15, 2004. The Protective Order previously entered in the MDL litigation shall apply to all parties and counsel before this Court. Counsel shall make good faith efforts to coordinate discovery in

this case with discovery taken or to be taken in indirect-purchaser cases brought in state courts and to avoid unnecessarily duplicative discovery.

**F. Dispositive Motions and Trial-Ready Date**

Counsel are directed to confer concerning a deadline for service of dispositive motions, which is anticipated to be in September-October 2005, and a trial-ready date, which is anticipated to be January 1, 2006.

## III. Service of Documents

**A. Orders**

A copy of each Order will be provided to Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel for distribution as appropriate to other counsel and parties.

**B. Pleadings, Motions, and Other Documents**

Plaintiffs' Liaison Counsel will be provided with two (2) copies of each such document filed by a party; Defendants' Liaison Counsel shall be provided with two (2) copies as well. Pursuant to Fed. R. Civ. P. 5, service on Plaintiffs' or Defendants' Liaison Counsel constitutes service on other attorneys and parties for whom Liaison Counsel is acting. Documents may be served on Liaison Counsel by hand delivery, facsimile, email (pdf or similar form), effective upon receipt by Liaison Counsel, or by U.S. Mail (effective three days after mailing).

**IT IS SO ORDERED**.

Dated: March 9, 2004

s/ Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court