UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

**ORDER**

This document relates to:
Conopco, Inc. v. Daesang Japan, Inc., et al., Civ. No. 03-5323

---

This matter is before the Court on the parties' request for a briefing schedule regarding the Daesang Defendants' Motion to Enforce Settlement. The parties have been unable to agree on a briefing schedule and have asked the Court for assistance. As the Daesang Defendants acknowledge, the Court has not set a hearing date for this Motion, and thus the Local Rules regarding briefing schedules do not apply.[1]

The Court has considered the submissions of the parties as to the proper briefing schedule. It is the Court's opinion that the briefing schedule proposed by the Daesang Defendants is the most reasonable schedule.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Daesang Defendants shall file and serve their memorandum of law in support of the Motion to Enforce Settlement, including supporting documents, on or before May 7, 2004;

2. Plaintiff shall file and serve its responsive memorandum, including supporting

---

[1] The parties should be aware that the Local Rules 7.1(b) will change once again in early May, to provide that a memorandum in support of a dispositive motion is due at least 45 days before the hearing on the motion, the responsive memorandum is due at least 20 days before the hearing, and the reply memorandum is due at least 12 days before the hearing.

documents, on or before June 8, 2004; and

3. The Daesang Defendants shall file and serve their reply memorandum on or before June 23, 2004.

Dated: March 29, 2004

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge