A CERTIFIED TRUE COPY

APR 8 2004

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 08 2004

FILED
CLERK'S OFFICE

*DOCKET NO. 1328*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION*

*Inquivosa SA, et al. v. Ajinomoto Co., et al.*, D. Minnesota, C.A. No. 0:03-2997
*Newco Trading Co. v. Ajinomoto Co., Inc., et al.*, S.D. New York, C.A. No. 1:03-8217

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in the Southern District of New York action to vacate the Panel's order conditionally transferring the action to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Also before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by the same plaintiff for coordinated or consolidated pretrial proceedings of these two actions in the Southern District of New York. Defendants CJ America, Inc., and Daesang America, Inc., oppose both motions and favor transfer of the Southern District of New York action to the District of Minnesota for inclusion in the MDL-1328 proceedings. Plaintiffs in the District of Minnesota action also oppose the motion to transfer their action to the Southern District of New York.

On the basis of the papers filed and hearing session held, the Panel finds that the Southern District of New York action involves common questions of fact with the actions in this litigation previously transferred to the District of Minnesota, and that transfer of the Southern District of New York action to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of the Southern District of New York action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. The Panel held that the District of Minnesota was a proper Section 1407 forum for actions involving allegations that the defendants restrained trade by allocating the market for and raising the price of monosodium glutamate (MSG) and other nucleotides. *See In re Monosodium Glutamate Antitrust Litigation*, 2000 U.S. Dist. LEXIS 2451 (J.P.M.L. Mar. 2, 2000).

FILED 4-14-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Moving plaintiff argues for the creation of a new docket on the basis of purported factual differences between the actions presently before the Panel and the actions previously centralized in MDL-1328. Plaintiff urges the Panel to create separate multidistrict proceedings to encompass antitrust claims brought by foreign purchasers of MSG and other flavor enhancers. We find movant's arguments unpersuasive and such transfer unnecessary. All actions, at their core, share allegations of a conspiracy among the same international companies, or their related entities, to fix prices of certain food flavor enhancers in violation of federal antitrust law. We believe that the transferee judge is well situated to determine whether any distinction is necessary between the actions on the motion presently before the Panel and the other actions in MDL-1328. We also reject any suggestion by moving plaintiff that the status of proceedings in this docket limits either our authority or the transferee judge's authority under Section 1407 in this matter. *See In re "Agent Orange" Products Liability Litigation*, 1999 U.S. Dist. LEXIS 4286 (J.P.M.L. Feb. 3, 1999). Given the similarity of the allegations in the present two actions and the other MDL-1328 actions as well as the familiarity of the MDL-1328 transferee judge with the factual issues in litigation relating to an alleged worldwide conspiracy to fix prices for certain food flavor enhancers, we conclude that transfer of the Southern District of New York action to the District of Minnesota for inclusion in MDL-1328 will further the expeditious resolution of both these actions and the litigation taken as a whole.

IT IS THEREFORE ORDERED that plaintiff's motion for transfer, pursuant to 28 U.S.C. § 1407, is denied.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the Southern District of New York action is transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Paul A. Magnuson for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

# INVOLVED COUNSEL LIST
# DOCKET NO. 1328
# IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Lawrence Byrne
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Martin D. Chitwood
Chitwood & Harley, LLP
1230 Peachtree Street, N.E.
Suite 2300, Promenade II
Atlanta, GA 30309

Marc H. Edelson
Hoffman & Edelson
45 W. Court Street
Doylestown, PA 18901-4223

Paul Thomas Gallagher
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Joseph Goldberg
Freedman, Boyd, Daniels, et al.
20 First Plaza
Suite 700
Albuquerque, NM 87102

Mark Adam Griffin
Keller & Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Daniel E. Gustafson
Gustafson Gluek PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Robert N. Kaplan
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, NY 10022

Michael R. Lazerwitz
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006-1801

Michael A. Lindsay
Dorsey & Whitney, LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Richard A. Lockridge
Lockridge, Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Barry F. McNeil
Haynes & Boone, LLP
3100 Nationsbank Plaza
901 Main Street
Dallas, TX 75202

Richard B. Pacella
Vincenti & Vincenti
Three New York Plaza
New York, NY 10004

Joseph M. Patane
Law Offices Of Joseph Patane
2280 Union Street
San Francisco, CA 94123

Donald L. Perelman
Fine, Kaplan & Black, RPC
1845 Walnut Street
Suite 2300
Philadelphia, PA 19103

David B. Reece
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202-3789

Ira N. Richards
Trujillo, Rodriguez & Richards, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

Gerald J. Rodos
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Guido Saveri
Saveri & Saveri, Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111

Howard J. Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Jared B. Stamell
Stamell & Schager, LLP
One Liberty Plaza
35th Floor
New York, NY 10006-1404

A. Paul Victor
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153