**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**MDL DOCKET NO. 00-1328**

This document relates to:

*Newco Trading Company v. Ajinomoto Company, Inc., et al.*

C.A. No. 03-CV-8217 (S.D.N.Y.)

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD**

WHEREAS, the above-captioned matter recently was transferred to the District of Minnesota by Order of the Judicial Panel on Multidistrict Litigation;

WHEREAS, pursuant to Orders previously issued in the Southern District of New York, Defendants CJ America, Inc., Kyowa Hakko U.S.A., Inc., and Daesang America, Inc. currently are required to move, answer, or otherwise plead no later than Friday, April 23, 2004;

WHEREAS, the parties hereto desire to extend the deadline for said Defendants to move, answer, or otherwise plead until further order of the Court, in order to coordinate this action with proceedings in *Inquivosa, S.A., et al. v. Ajinomoto Co., Inc., et al.*, D. Minn. Civil Action No. 0: 03-2997.

IT IS HEREBY STIPULATED AND AGREED that Defendants Daesang America, Inc., CJ America, Inc. and Kyowa Hakko U.S.A., Inc. should be relieved of the obligation to answer, move, or otherwise plead in response to the Complaint herein until further order of the Court.

Dated: April 22, 2004

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By ______________________

W. Joseph Bruckner (#147758)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated: April 22, 2004

**HEINS MILLS & OLSON, P.L.C.**

By ______________________

Samuel D. Heins (#43576)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated: ____________, 2004

**BRIGGS AND MORGAN, P.A.**

By ______________________

Alan H. Maclin
W. Patrick Judge
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 808-6600

**LAW OFFICES OF RICHARD B. PACELLA**
Richard B. Pacella
Three New York Plaza
New York, NY 10004
(212) 509-4600

Dated: ________________, 2004

**HEINS MILLS & OLSON, P.L.C.**

By________________________________
Samuel D. Heins
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated: ________________, 2004

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By________________________________
W. Joseph Bruckner
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated: 4/22, 2004

**BRIGGS AND MORGAN, P.A.**

By WP Judge
Alan H. Maclin
W. Patrick Judge
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 808-6600

**LAW OFFICES OF RICHARD B. PACELLA**
Richard B. Pacella
Three New York Plaza
New York, NY 10004
(212) 509-4600

**ATTORNEYS FOR DEFENDANTS DAESANG AMERICA, INC.**

Dated: 4/22, 2004

**HAYNES AND BOONE, LLP**

By Ronald W. Breaux /wpg
Ronald W. Breaux
David B. Reece
901 Main Street, Suite 3100
Dallas, TX 75202-3789
(214) 651-5000

**ATTORNEYS FOR DEFENDANT CJ AMERICA, INC.**

Dated: 4/22, 2004

**WEIL, GOTSHAL & MANGES LLP**

By James F. Lerner /wpg
James F. Lerner
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

**ATTORNEYS FOR DEFENDANT KYOWA HAKKO U.S.A., INC.**

**ORDER**

IT IS SO ORDERED.

Dated: Apr. 23, 2004

Paul A. Magnuson
United States District Judge
Br Donovan W. Frank

1640671v1