**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**MDL NO. 00 -1328 (PAM)**

**This Document Relates to: Lief, et al. v. Archer Daniels Midland Co., et al., W.D. Wis. File No. 03-C-115-S**

**STIPULATION FOR AMENDMENT OF PROTECTIVE ORDER; ORDER THEREON**

WHEREAS, in MDL, 00-MD-1328, the direct purchaser action (the "Direct Purchaser Action"), Defendants produced various documents, interrogatory responses, requests for admission, witnesses for deposition testimony, expert reports and pleadings (and accompanying exhibits) in response to discovery requests, court deadlines and motion practice; and

WHEREAS, plaintiffs have filed Complaints in a number of state jurisdictions as shown in Exhibit A ("State Cases"); and

WHEREAS, a Protective Order has previously been entered in this MDL proceeding governing documents, testimony, and other information provided in response to discovery requests served in the Direct Purchaser Action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiffs acknowledge and agree to abide by the terms of the protective order entered in the Direct Purchaser Action dated June 27, 2000, as subsequently amended ("Protective Order").

2. The Protective Order may be, and upon execution of the following stipulated order shall be deemed to be, amended to read as follows:

a. Paragraph 1 of the Protective Order is amended to read as follows:

> Limited Use of Discovery. All information produced or discovered in this *In re Monosodium Glutamate Antitrust Litigation*, MDL No. 00-1328 regardless of whether designated confidential, shall be used solely for the prosecution or defense of this litigation, *In re Monosodium Glutamate Antitrust Litigation*, MDL No. 00-1328 and provided that the state court shall first have entered a protective order substantially similar to this Order, each case listed on Exhibit A ("State Cases") unless that information has become publicly available without a breach of the terms of this Order.

b. All references to "parties" shall be deemed to include parties in *Lief* and in each of the State Cases, all references to counsel shall be deemed to include counsel for any party in *Lief* and each of the State Cases, and all references to the Court or its Clerk shall be deemed to include the court and clerk of court in each of the State Cases, all provided that the state court shall first have entered a protective order substantially identical to the protective order dated June 27, 2000. Plaintiffs will cooperate with defendants in having a protective order with substantially identical terms entered in the State Cases in due course.

3. All parties reserve all rights to contest the admissibility, authenticity, suitability for use in summary judgment and like proceedings, discoverability, and any other evidentiary or other objections they may have to the use of these materials in these proceedings under the prevailing rules of court or otherwise.

4. This stipulation and the resulting order are without prejudice to any claim or defenses that may be made in this matter, which are expressly reserved, including without limitation any defenses based on statute of limitations, personal jurisdiction, insufficient process or insufficient service of process.

Dated: April 23, 2004

Gustafson Gluek PLLC

By Daniel E. Gustafson /kmc
Daniel E. Gustafson
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844

**Liaison Counsel for Plaintiffs**

Dorsey & Whitney LLP

Dated: April 23, 2004

By Michael A. Lindsay
Michael A. Lindsay (#163466)
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Fax: (612) 340-2868

**Liaison Counsel for Defendants**

IT IS SO ORDERED.

BY THE COURT:

Dated: May 3, 2004

Paul A. Magnuson
United States District Court Judge