**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**MDL NO. 00-1328 (PAM/JGL)**

This Document Relates To:

*Conopco, Inc., et al v. Daesang Japan, Inc., et al., Case No. 02 CV 9832 (SKW) (S.D.N.Y.)*

**APPENDIX OF UNPUBLISHED OPINIONS CITED IN PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE DAESANG DEFENDANTS' MOTION TO ENFORCE SETTLEMENT**

| **EX. NO:** | **DESCRIPTION** |
| --- | --- |
| A. | *Daig v. Reich*, 1994 WL 284966 (Minn. App. June 28, 1994) |
| B. | *Fimon v. Kenroc Drywall Supplies, Inc.*, 2003 WL 1220240 (Minn. App. March 18, 2003) |
| C. | *Long v. City of Minneapolis*, 1989 WL 135405 (Minn. App. November 14, 1990) |
| D. | *Purdy v. Burlington Northern Railroad Co.,* 1992 WL 358721 (Minn. App. November 30, 1992) |
| E. | *Sabri v. Sabri*, 2000 WL 1051970 (Minn. App. August 1, 2000) |
| F. | *Stoeckel v. Ceridian Employer Services*, 1998 WL 812384 (Minn. App. November 24, 1998) |
| G. | *Vitamins Antitrust Litigation*, 2000 WL 1475705 (D.D.C. May 9, 2000) |

Dated: June 25, 2004

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Pamela I. Perry
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

By:____________________________
Richard Alan Arnold
Pamela I. Perry
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on June 25, 2004, by Federal Express and E-mail upon the following:

Richard B. Pacella, Esquire
LAW OFFICES OF RICHARD B. PACELLA
Three New York Plaza
New York, N.Y. 10004
***Counsel for Daesang Defendants***

Alan Hall Maclin, Esquire
W. Patrick Judge, Esquire
BRIGGS & MORGAN
322 Minnesota Street
2200 1st National Bank Bldg.
St. Paul, MN 55101
***Counsel for Daesang Defendants***

____________________________
Richard Alan Arnold
Pamela I. Perry

190129.1