**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION MDL 00-1328

This document relates to: ALL CASES

---

# CLASS PLAINTIFFS' MOTION FOR DETERMINATION AND LIQUIDATION OF AN AWARD OF DAMAGES AND ALL OTHER COSTS AGAINST TUNG HAI FERMENTATION INDUSTRIAL CORPORATION n/k/a VEDAN ENTERPRISES GROUP

Pursuant to Fed. R. Civ. Proc. 55(b)(2) Class Plaintiffs move for entry of default judgment in an amount certain against Tung Hai. This motion is supported by Class Plaintiffs' Memorandum of Law in Support of Their Motion for Determination and Liquidation of an Award of Damages and All Other Costs Against Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group, the Affidavit of Heidi M. Drewes-Silton and exhibits, together with all pleadings, records, and files herein.

Dated: July 22, 2004

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Heidi M. Drewes-Silton
Richard A. Lockridge (#64117)
W. Joseph Bruckner (#147758)
Heidi M. Drewes-Silton (#025759X)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

HEINS MILLS & OLSON, P.L.C.

s/Samuel D. Heins
Samuel D. Heins (#43576)
Susan E. MacMenamin (#304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

**CLASS PLAINTIFFS' CO-LEAD COUNSEL**