**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL 00-1328

This document relates to: ALL CASES

---

# NOTICE OF CLASS PLAINTIFFS' MOTION FOR DETERMINATION AND LIQUIDATION OF AN AWARD OF DAMAGES AND ALL OTHER COSTS AGAINST TUNG HAI FERMENTATION INDUSTRIAL CORPORATION n/k/a VEDAN ENTERPRISES GROUP

**PLEASE TAKE NOTICE** on Friday, September 10, 2004 at 9:00 a.m., before the Honorable Paul A. Magnuson, United States District Court Judge, 730 Federal Building, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, Class Plaintiffs will move the court for an order to enter judgment against defendant Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group ("Tung Hai") in the total amount of $184,700,000.00.

Dated: July 22, 2004

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Heidi M. Drewes-Silton
Richard A. Lockridge (#64117)
W. Joseph Bruckner (#147758)
Heidi M. Drewes-Silton (#025759X)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

HEINS MILLS & OLSON, P.L.C.

s/Samuel D. Heins
Samuel D. Heins (#43576)
Susan E. MacMenamin (#304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

**CLASS PLAINTIFFS' CO-LEAD COUNSEL**