**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

This Document Relates to: ALL CASES

MDL 00-1328

**NOTIFICATION OF CONVENTIONAL FILING OF AFFIDAVIT OF HEIDI M. DREWES-SILTON WITH ATTACHED EXHIBITS A-B IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR DETERMINATION AND LIQUIDATION OF AN AWARD OF DAMAGES AND ALL OTHER COSTS AGAINST TUNG HAI FERMENTATION INDUSTRIAL CORPORATION n/k/a VEDAN ENTERPRISES GROUP**

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*list item(s) for which this notice serves as a placeholder in ECF*
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x__ Item Under Seal* (Document number of protective order: 38 )

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).