**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL 00-1328

This Document Relates to: ALL CASES

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2004, I caused the following documents:

1. Class Plaintiffs' Motion for Determination and Liquidation of an Award of Damages and All Other Costs Against Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group;

2. Notice of Class Plaintiffs' Motion for Determination and Liquidation of an Award of Damages and All Other Costs Against Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group;

3. Notification of Conventional Filing UNDER SEAL of Class Plaintiffs' Memorandum of Law in Support of Their Motion for Determination and Liquidation of an Award of Damages and All Other Costs Against Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group;

4. Notification of Conventional Filing UNDER SEAL of Affidavit of Heidi M. Drewes-Silton with attached Exhibits A-B in Support of Class Plaintiffs' Motion for Determination and Liquidation of an Award of Damages and All Other Costs Against Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Dionne M. Benson
dbenson@larkinhoffman.com;
crjohnson@larkinhoffman.com

William J. Blechman
wblechman@knsacs.com;
mbeaudry@knsacs.com

Joseph T. Dixon
jdixon@hensonefron.com

Karla M. Gluek
kgluek@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Steven A. Kanner
skanner@muchshelist.com;
dmillen@muchshelist.com;
plucente@muchshelist.com

Daniel R. Karon
karon@wkskg.com

Michael Anthony Lindsay
lindsay.michael@dorsey.com;
fairbairn.mary@dorsey.com

Scott A. Neilson
sneilson@hensonefron.com

Guido Saveri
guido@saveri.com

I also certify that I caused a copy of the foregoing documents and the Notice of Electronic Filing to be served in the specified manner, to the following non-ECF participants:

**VIA U.S. MAIL, POSTAGE PREPAID**
Jon S. Swierzewski
LARKIN HOFFMAN DALY & LINDGREN
1500 Wells Fargo Center
7900 Xerxes Ave S
Bloomington, MN 55431

**VIA FEDERAL EXPRESS**
Tung Hai Fermentation Industrial Corp.
n/k/a Vedan Enterprises Corporation
65 Hsin An Road
Shulu Chen,
Taichung Hsien, Taiwan

In addition, I certify that along with the above-referenced documents, the following recipient will receive the filing in its entirety, including the documents filed under seal, by first class U.S. mail, postage prepaid:

Michael A. Lindsay
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402

I further certify that I caused a copy of the Proposed Order [granting Plaintiffs' motion for a judgment against defendant Tung Hai], which was separately e-mailed to Judge Paul A. Magnuson pursuant to Section G.2 of the Electronic Case Filing Procedures for this District, to be delivered to all of the parties detailed above in the same manner as service of the documents filed with the Court.

Dated: July 22, 2004

s/Heidi M. Drewes-Silton

Heidi M. Drewes-Silton (#025759X)
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel. (612) 339-6900
Fax (612) 339-0981

*Class Plaintiffs' Co-Lead Counsel*