# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

In Re: Monosodium Glutamate Antitrust Litigation

This document relates to: Conopco, Inc., et al. v. Daesang Japan, Inc., et al., S.D.N.Y. File No. 02 CV 9832.

**NOTIFICATION OF CONVENTIONAL FILING OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT**

**MDL No. 00-1328 (PAM/JGL)**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Reply Memorandum in Support of Motion to Enforce Settlement.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: 38 )

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).