# CERTIFICATE OF SERVICE

I CERTIFY that on August 9, 2004, a copy of **REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT; SUPPLEMENTAL AFFIDAVIT OF RICHARD PACELLA; SUPPLEMENTAL AFFIDAVITS OF W. JOSEPH BRUCKNER; SUPPLEMENTAL AFFIDAVIT OF DANIEL E. GUSTAFSON** was served on the attorneys listed below via E-mail and United States Mail:

William J. Blechman, Esq.
Pam I. Perry, Esq.
Kenny Nachwalter Seymour Arnold
Critchlow & Spenctor, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131-4327

s/ Alan H. Maclin
Alan H. Maclin