UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

**ORDER**

---

This matter is before the Court on Plaintiffs' Motion for Determination and Liquidation of An Award of Damages and All Other Costs Against Defendant Tung Hai Fermentation Industrial Corporation n/k/a Vedan Enterprises Group.

Based upon on all the files, records, and pleadings herein, it is hereby ordered that Plaintiffs are entitled to a judgment against Defendant Tung Hai in the total amount of $184,700,000.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 10, 2004

s/ Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Judge