# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

In re: MSG Antitrust Litigation,

**COURT MINUTES**
BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Civil 00-md-1328 (PAM)
Date: September 10, 2004
Court Reporter: Maria Weinbeck
Time Commenced: 9:00 a.m.
Time Concluded: 9:30 a.m.
Time in Court: Hours & 30 Minutes

Hearing on: **Motion for Determination and Liquidation of an Award of Damages and All other Costs against Tung Hai Fermentation Industrial Corporation**

APPEARANCES:

Plaintiff: Heidi Drewes-Silton, Susan MacMenamin
Defendant: No appearance.

PROCEEDINGS: Motion aruged, granted.

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.

s/Suzanne M. Ruiz
Calendar Clerk