AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

In re Monosodium Glutamate Antitrust Litigation

V.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-md-1328 (PAM)

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based upon all the files, records, and pleadings herein, it is hereby ordered that Plaintiffs are entitled to a judgment against Defendant Tung Hai in the total amount of $ 184,700,000.00.

September 10, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Lisa Duda
(By) Lisa Duda, Deputy Clerk