**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**MDL NO. 00-1328 (PAM/JGL)**

This Document Relates To:

*Conopco, Inc., et al v. Daesang Japan, Inc., et al., Case No. 02 CV 9832 (SKW) (S.D.N.Y.)*
__________________________________/

**PLAINTIFFS' NOTICE OF FILING EXHIBITS REGARDING**
**DAESANG'S MOTION TO ENFORCE CLAIMED SETTLEMENT**

Plaintiffs, pursuant to the Federal Rules of Civil Procedure and the Rules of this Court, submit the exhibits identified below regarding the Daesang Defendants' motion to enforce claimed settlement. These exhibits are correspondence between Plaintiffs' Counsel and Class Counsel transmitted *after* Daesang filed its motion and reveals information provided *after* the briefing in this case, namely, that the five subject Daesang Affidavits were notarized between October 21, 2002 and November 6, 2002, Class Counsel served those Affidavits on November 13, 2002, and filed those Affidavits on November 21, 2002. *See* Exhibit 13 (Letter dated September 13, 2004). The Exhibits are as follows:

Exhibit 1: Letter dated May 3, 2004
Exhibit 2: Letter dated May 11, 2004
Exhibit 3: Letter dated May 13, 2004
Exhibit 4: Composite: Letters dated May 22, 2004
Exhibit 5: Letter dated May 27, 2004
Exhibit 6: Letter dated May 27, 2004
Exhibit 7: Composite: Letters dated June 7, 2004
Exhibit 8: Letter dated August 17, 2004
Exhibit 9: Letter dated August 27, 2004
Exhibit 10: Letter dated September 1, 2004
Exhibit 11: Letter dated September 3, 2004
Exhibit 12: Letter dated September 13, 2004
Exhibit 13: Letter dated September 13, 2004

Dated: October 28, 2004

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Pamela I. Perry, Esquire
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

By:_______/s/________________________
Richard Alan Arnold
Pamela I. Perry
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served as indicated in parenthesis below on October 28, 2004, upon the following:

Richard B. Pacella, Esquire
LAW OFFICES OF RICHARD B. PACELLA
Three New York Plaza
New York, N.Y. 10004
***Counsel for Daesang Defendants***
(Via U.S. Mail)

Alan Hall Maclin, Esquire
W. Patrick Judge, Esquire
BRIGGS & MORGAN
322 Minnesota Street
2200 1st National Bank Bldg.
St. Paul, MN 55101
***Counsel for Daesang Defendants***
(Via U.S. Mail and E-Mail)

_____/s/____________________________
Richard Alan Arnold
Pamela I. Perry

201221.2