# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: Monosodium Glutamate Litigation, | ) | COURT MINUTES - CIVIL<br>BEFORE: Paul A. Magnuson<br>U.S. District Judge |
| | ) | Case No: Civil 00md1328 PAM |
| | ) | Date: October 29, 2004 |
| | ) | Court Reporter: Jean Whalen |
| | ) | Time Commenced: 9:00 a.m. |
| | ) | Time Concluded: 9:45 a.m. |
| | ) | Time in Court: Hours & 45 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Samuel Heins, Richard Lockridge
Defendant: Michael Lindsay

PROCEEDINGS: Discussed how Empagran case would effect remaining issues. Discussed scheduling deadlines. Consolidated amended-complaint to be filed by mid-November, Rule 12 motion to be brought and heard in February or March. Discovery is stayed until Rule 12 motion decided.

9 Evidence by 9 Plaintiff 9 Defendant 9 Other:
9 Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
9 Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
9 Initial pretrial conference held.
9 Final pretrial conference held.
9 Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
9 Settlement reached. Terms stated on the record.
9 No settlement reached.
: Status conference.
: Dates discussed for the progression of the case.

IT IS ORDERED:

9 Schedule Set:
Trial:
PTC:
9 Brief time set:
9 Written order forthcoming.

s/Suzanne M. Ruiz

Calendar Clerk