**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

MDL 00-1328

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2004, I caused a copy of the Consolidated and Amended Class Action Complaint to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Dionne M. Benson
dbenson@larkinhoffman.com ;
crjohnson@larkinhoffman.com

Joseph T. Dixon, Jr.
jdixon@hensonefron.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

W. Patrick Judge
pjudge@briggs.com
kbowen@briggs.com

William J. Blechman
wblechman@knsacs.com ;
mbeaudry@knsacs.com

Karla M. Gluek
kgluek@gustafsongluek.com

Samuel D. Heins
jwestmoreland@heinsmills.com

Steven A. Kanner
skanner@muchshelist.com ;
dmillen@muchshelist.com ;
plucente@muchshelist.com

Daniel R. Karon
karon@wkskg.com

Brent R. Lindahl
blindahl@briggs.com

Michael Anthony Lindsay
lindsay.michael@dorsey.com ;
fairbairn.mary@dorsey.com

Susan E. MacMenamin
smacmenamin@heinsmills.com
jwestmoreland@heinsmills.com

Alan H. Maclin
amaclin@briggs.com

Scott A. Neilson
sneilson@hensonefron.com

Guido Saveri
guido@saveri.com

I also certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be served by first class U.S. mail, postage prepaid, to the following non-ECF participants:

Michael R. Lazerwitz
CLEARY, GOTTLIEB, STEEN
& HAMILTON
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, D.C. 20006-1801

Barry F. McNeil
Ronald W. Breaux
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Alan H. Maclin
W. Patrick Judge
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth St.
Minneapolis, MN 55402-2157

Richard B. Pacella
LAW OFFICES OF
RICHARD B. PACELLA
Three New York Plaza
New York, NY 10004

Lawrence Byrne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

A. Paul Victor
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

William L. Greene
LEONARD STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

John E. Schmidtlein
William J. Bachman
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

Jon S. Swierzewski
LARKIN HOFFMAN DALY
& LINDGREN, LTD.
1500 Wells Fargo Center
7900 Xerxes Ave S
Bloomington, MN 55431

Dated: November 15, 2004

_s/ Heidi M. Drewes-Silton_______________
Heidi M. Drewes-Silton (#025759X)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

**PLAINTIFFS' CO-LEAD COUNSEL**