**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | **MDL NO. 00-1328 (PAM/JGL)**

This Document Relates To:

*Conopco, Inc., et al v. Daesang Japan, Inc., et al., Case No. 02 CV 9832 (SKW) (S.D.N.Y.)*
_________________________________/

**PLAINTIFFS' MOTION TO FILE A SUR-REPLY OF NO MORE THAN THREE PAGES IN OPPOSITION TO THE DAESANG DEFENDANTS' MOTION TO ENFORCE SETTLEMENT**

Plaintiffs, pursuant to D. Minn. LR 7.1(f), move for permission to file a Sur-Reply of no more than three (3) pages in opposition to the Daesang Defendants' Motion to Enforce Settlement. First, Plaintiffs seek to address Daesang's characterization of *Walls v. International Paper Co.*, 2000 WL 360115 (D. Kan. March 13, 2000). Second, Plaintiffs seek to address the import of information received from Class Counsel post-briefing, namely that Daesang did not have its witness affidavits signed and notarized until days or weeks after October 18, 2002, *i.e.*, between October 21, 2002 and November 6, 2002. Plaintiffs had planned to address these points at the November 12th hearing, but cannot do so because the hearing was cancelled. D. Minn. LR 7.1(f) provides that a party may not file a memorandum of law, other than those expressly sanctioned by the Court, without "permission of the Court." Under the circumstances, we request the Court's permission to file, promptly, a Sur-Reply of no more than three (3) pages. A proposed Order permitting this relief accompanies this motion as Exhibit "1".

Dated: November 24, 2004

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Pamela I. Perry, Esquire
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

By: s/Richard Alan Arnold
Richard Alan Arnold
Pamela I. Perry
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served as indicated in parenthesis below on November 24, 2004 upon the following:

Richard B. Pacella, Esquire
LAW OFFICES OF RICHARD B. PACELLA
Three New York Plaza
New York, N.Y. 10004
***Counsel for Daesang Defendant***
(via US Mail)

Alan Hall Maclin, Esquire
W. Patrick Judge, Esquire
BRIGGS & MORGAN
322 Minnesota Street
2200 1st National Bank Bldg.
St. Paul, MN 55101
***Counsel for Daesang Defendants***
(via US Mail and E-mail)

s/Richard Alan Arnold
Richard Alan Arnold

203207.2