# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | **MDL NO. 00-1328 (PAM/JGL)**

This Document Relates To:

*Conopco, Inc., et al v. Daesang Japan, Inc., et al., Case No. 02 CV 9832 (SKW) (S.D.N.Y.)*
_________________________________/

**ORDER ON PLAINTIFFS' MOTION TO FILE A SUR-REPLY OF NO MORE THAN THREE PAGES IN OPPOSITION TO THE DAESANG DEFENDANTS' MOTION TO ENFORCE SETTLEMENT**

This cause is before the Court on Plaintiffs' Motion to File a Sur-Reply of No More than Three Pages in Opposition to the Daesang Defendants' Motion to Enforce Settlement. The Court has considered Plaintiffs' motion, the papers submitted in support and opposition to the motion, the record in the case, and being otherwise advised, it is

Ordered and Adjudged that Plaintiffs' Motion to File a Sur-Reply of No More than Three Pages in Opposition to the Daesang Defendants' Motion to Enforce Settlement be and the same is Granted.

Done and Ordered in Chambers at St. Paul, Minnesota, this ___ day of November, 2004.

_________________________________
United States District Judge

cc: William J. Blechman, Esq.
Alan Maclin, Esq.
Richard Pacella, Esq.

202993.1