# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3756

00-md-1328 PAM

In Re: Monosodium Glutamate Antitrust Litigation,

----------

Plaintiffs' Lead Counsel,

Appellees,

vs.

Gold Bennett Cera & Sidener, LLP,

Appellant.

Appeal from the United States District Court for the District of Minnesota

**JUDGMENT**

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

November 22, 2004

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
NOV 2 4 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 22, 2004

Mr. Richard Allen Lockridge
LOCKRIDGE & GRINDAL
2200 Washington Square
100 Washington Avenue, S.
Minneapolis, MN 55401

Re: 03-3756 In re: MSG

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc: Honorable Paul A. Magnuson, U.S. District Judge
Samuel D. Heins
W. Joseph Bruckner
Solomon B. Cera
Michael Anthony Lindsay
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-MD-1328 PAM