**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In Re: Monosodium Glutamate Antitrust Litigation

**MDL No. 00-1328 (PAM/JGL)**

This document relates to: Conopco, Inc., et al. v. Daesang Japan, Inc., et al., S.D.N.Y. File No. 02 CV 9832.

**DAESANG DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE A SUR-REPLY IN OPPOSITION TO DAESANG DEFENDANTS' MOTION TO ENFORCE SETTLEMENT**

The Daesang Defendants express no view on whether the Court should exercise its discretion to allow plaintiffs to file a sur-reply. If, however, the Court grants plaintiffs' motion, the Daesang Defendants hereby request an opportunity to submit a response of equal length to plaintiffs' sur-reply.

Plaintiffs state they wish to address two matters. The Daesang Defendants point out that the first, Walls v. International Paper Co., was raised by Conopco in a footnote and responded to by the Daesang Defendants in a footnote, and of course is a matter of public record available for the Court's review. The second, dealing with witness affidavits, has also been fully addressed in the motion papers. Daesang did not raise any new matters in its reply papers to which Conopco indicates it wishes to respond.

Dated: December 2, 2004

**BRIGGS AND MORGAN, P.A.**

By: s/Alan H. Maclin
Alan H. Maclin (#066102)
W. Patrick Judge (#202721)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400

Richard B. Pacella, Esq.
Law Offices of Richard B. Pacella
Three New York Plaza
New York, NY 10004
(201) 488-4010

**Attorneys for Daesang Defendants**