**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Monosodium Glutamate Antitrust Litigation

**MDL No. 00-1328 (PAM/JGL)**

This document relates to: Conopco, Inc., et al. v. Daesang Japan, Inc., et al., S.D.N.Y. File No. 02 CV 9832.

**CERTIFICATE OF SERVICE**

---

I hereby certify that on November 10, 2004, I electronically filed the **DAESANG DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE A SUR-REPLY IN OPPOSITION TO DAESANG DEFENDANTS' MOTION TO ENFORCE SETTLEMENT** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard Alan Arnold
William J. Blechman
W. Joseph Bruckner
Joseph T. Dixon, Jr.
Heidi M. Drewes-Silton
Karla M. Gluek
Daniel E. Gustafson
Samuel D. Heins
Steven A. Kanner
Daniel R. Karon
Michael A. Lindsay
Richard A. Lockridge
Susan E. MacMenamin
Scott A. Neilson
Pamela I. Perry
Guido Saveri

Also, that we also served by U.S. Mail upon:

William J. Blechman, Esq.
Richard A. Arnold, Esq.
Kenny Nachwalter Seymour Arnold
Critchlow & Spenctor, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131-4327

s/Alan H. Maclin____________________________
Alan H. Maclin
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

1706840v1
12/2/04 11:39 AM