UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

**ORDER**

This document relates to:
Conopco, Inc. v. Daesang Japan, Inc., et al., Civ. No. 03-5323

---

This matter is before the Court on Plaintiffs' Motion to File a Sur-Reply in Opposition to the Daesang Defendants' Motion to Enforce Settlement. Plaintiffs contend that they need to file a sur-reply to address two issues: Daesang's characterization of Walls v. International Paper Co., 2000 WL 360115 (D. Kan. Mar. 13, 2000), and the import of information received from class counsel post-briefing. Plaintiffs planned to address these matters at the hearing on their Motion, but the Court cancelled the hearing. Under the circumstances, the Court concludes that a sur-reply is appropriate.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to File a Sur-Reply in Opposition to the Daesang Defendants' Motion to Enforce Settlement is **GRANTED**. Plaintiffs shall file the sur-reply, which will not exceed three pages, by December 10, 2004.

Dated: December 1, 2004

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge