**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

**MDL NO. 00-1328 (PAM/JGL)**

This Document Relates To:

*Conopco, Inc., et al v. Daesang Japan, Inc., et al., Case No. 02 CV 9832 (SKW) (S.D.N.Y.)*

____________________________________/

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, I caused the following document:

> Notice of Conventional Filing UNDER SEAL of Plaintiffs' Sur-Reply in Opposition to the Daesang Defendants' Motion to Enforce Settlement.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Alan Hall Maclin, Esq.
amaclin@briggs.com

I also certify that I caused a copy of the Notice of Electronic Filing to be served in the specified manner, to the following non-ECF participants upon the following:

***Via U.S. Mail***
Richard B. Pacella, Esquire
LAW OFFICES OF RICHARD B. PACELLA
Three New York Plaza
New York, N.Y. 10004
***Counsel for Daesang Defendant***

***Via U.S. Mail and Facsimile***
Alan Hall Maclin, Esquire
W. Patrick Judge, Esquire
BRIGGS & MORGAN
322 Minnesota Street
2200 1st National Bank Bldg.
St. Paul, MN 55101
***Counsel for Daesang Defendants***

In addition, I certify that along with the above-referenced documents, the following recipients will receive the filing in its entirety, including the documents filed under seal:

***Via U.S. Mail***
Richard B. Pacella, Esquire
LAW OFFICES OF RICHARD B. PACELLA
Three New York Plaza
New York, N.Y. 10004
***Counsel for Daesang Defendant***

***Via U.S. Mail and Facsimile***
Alan Hall Maclin, Esquire
W. Patrick Judge, Esquire
BRIGGS & MORGAN
322 Minnesota Street
2200 1st National Bank Bldg.
St. Paul, MN 55101
***Counsel for Daesang Defendants***

Dated: December 10, 2004

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Pamela I. Perry, Esquire
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

By:_________________________
Richard A. Arnold
Pamela I. Perry
***Attorneys for Plaintiffs***

204874.1