# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
730 WARREN E. BURGER FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1485

CHAMBERS OF
PAUL A. MAGNUSON
JUDGE

Telephone (651) 848-1150
FAX (651) 848-1152


December 15, 2004

William J. Blechman, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Blvd., Ste. 1100
Miami, FL 33131

Daniel E. Gustafson, Esq.
Gustafson Gluek, P.L.L.C.
608 - 2nd Avenue S., Ste. 725
Minneapolis, MN 55402

Daniel R. Karon, Esq.
Weinstein Kitchenoff Scarlato Karon & Goldman
550 Public Square, Ste. 500
Cleveland, OH 44113-1998

W. Joseph Bruckner
Lockridge Grindal Nauen
100 Washington Ave., S., Ste. 2200
Minneapolis, MN 55401

Samuel D. Heins
Heins Mills & Olson
80 S. 8th Street, Ste. 3550
Minneapolis, MN 55402

Alan H. Maclin, Esq.
Briggs & Morgan, P.A.
332 Minnesota Street, Ste. 2200
St. Paul, MN 55101

Richard B. Pacella, Esq.
Law Offices of Richard B. Pacella
Three New York Plaza
New York, NY 10004

Joseph T. Dixon, Jr., Esq.
Henson & Enfron
220 S. 6th Street, Ste. 1800
Minneapolis, MN 55402

Michael A. Lindsay
Dorsey & Whitney
50 - S. 6th Street, Ste. 1500
Minneapolis, MN 55402

Re: Conopco, Inc. v. Daesang Japan, Inc. et al.
Civil File No. 03-5323
MSG MDL No. 00-1328 (PAM/JGL)

Re: Conopco, Inc. v. Daesang Japan, Inc. et al.
Civil File No. 03-5323
MSG MDL No. 00-1328 (PAM/JGL)

Counsel:

This letter relates to Daesang Defendants' Motion to Enforce Settlement in the above-referenced matter, which is currently pending before the Court. As an initial matter, the Court must express its surprise that it must even entertain this Motion, as the Court, based on oral representations of counsel, believed that this matter had indeed settled.

Nevertheless, after reviewing this Motion, it is clear that the parties dispute whether a settlement agreement ever existed. Because of the vastly different factual accounts provided by the parties, the Court finds that an evidentiary hearing is necessary. This hearing is scheduled for **January 26, 2005, at 2:00 p.m. in Courtroom #1 of the Warren E. Burger Federal Building in Saint Paul.**

Very truly yours,

Paul A. Magnuson

PAM:kh