**CERTIFICATE OF SERVICE**

I CERTIFY that on August 9, 2004, a copy of **DEFENDANTS' RESPONSE TO PLAINTIFFS' SUR-REPLY IN OPPOSITION TO THE DAESANG DEFENDANTS' MOTION TO ENFORCE SETTLEMENT** was served on the attorneys listed below via E-mail and United States Mail:

William J. Blechman, Esq.
Pam I. Perry, Esq.
Kenny Nachwalter Seymour Arnold
Critchlow & Spenctor, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131-4327

s/ W. Patrick Judge
W. Patrick Judge