**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

MDL 00-1328

**PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING THE D.C. CIRCUIT'S DECISION IN *EMPAGRAN S.A. v. F. HOFFMAN-LAROCHE, LTD.***

Plaintiffs, by and through their undersigned attorneys, respectfully request a stay of the present action pending resolution of litigation currently before the United States Court of Appeals for the D.C. Circuit. In support of this Motion, Plaintiffs submit their Memorandum of Law filed concurrently herewith.

Dated: December 22, 2004

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Richard A. Lockridge

Richard A. Lockridge (#64117)
Heidi M. Drewes-Silton (#025759X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

HEINS MILLS & OLSON, P.L.C.

s/Samuel D. Heins

Samuel D. Heins (#43576)
Susan E. MacMenamin (#0304396)
3550 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

**PLAINTIFFS' CO-LEAD COUNSEL**

Michael D. Hausfeld
Paul T. Gallagher
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & CLINE, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761

Howard J. Sedran
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838

Martin D. Chitwood
Craig G. Harley
CHITWOOD & HARLEY
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

Donald L. Perelman
Roberta D. Liebenberg
FINE KAPLAN & BLACK
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

Mark A. Griffin
Lynn L. Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Jared B. Stamell
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Tel: (212) 566-4047
Fax: (212) 566-4061

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Ste. 1700
San Francisco, CA 94111
Tel: (415) 217-6810
Fax: (415) 217-6813

Ira N. Richards
TRUJILLO RODRIGUEZ
& RICHARDS, LLC
226 W. Rittenhouse Square
The Penthouse
Philadelphia, PA 19103
Tel: (215) 731-9004
Fax: (215) 731-9044

Robert N. Kaplan
Richard J. Kilsheimer
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Joseph M. Patane
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679

Marc H. Edelson
EDELSON & ASSOCIATES LLC
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

Karl L. Cambronne
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
Tel: (612) 339-7300
Fax: (612) 339-2940

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
150 East 52nd Street
30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven A. Kanner
MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Tel: (312) 521-2000
Fax: (312) 521-2100

Andrew B. Sacks
SACKS, WESTON, SMOLINSKY,
ALBERT, & LUBER
510 Walnut Street
Suite 400
Philadelphia, PA 19106
Tel: (215) 925-8200
Fax: (215) 925-0508

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
Architects Building, 22nd Floor
117 South 17th Street
Philadelphia, PA 19103
Tel: (215) 564-5182
Fax: (215) 569-0958

**COUNSEL FOR PLAINTIFFS**