**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

MDL 00-1328

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

**AFFIDAVIT OF RICHARD A. LOCKRIDGE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO STAY**
**PROCEEDINGS PENDING THE D.C. CIRCUIT'S DECISION IN**
***EMPAGRAN S.A. v. F. HOFFMAN-LAROCHE, LTD.***

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Richard A. Lockridge, being first duly sworn upon oath, states:

1. I am a partner with Lockridge Grindal Nauen P.L.L.P., and Co-Lead Counsel for Class Plaintiffs in this matter. I submit this affidavit in support of Plaintiffs' Motion to Stay Proceedings Pending the D.C. Circuit's Decision in *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*

2. Attached as Exhibit 1 is a true and correct copy of the briefing schedule in *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.* dated November 22, 2004.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Richard A. Lockridge
Richard A. Lockridge

Subscribed and sworn to before me
this 22nd day of December, 2004.

s/Heather N. Potteiger
Notary Public - Minnesota
My commission expires: 01-31-05