**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

MDL 00-1328

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2004, I caused a copy of

1. Plaintiffs' Motion to Stay Proceedings Pending the D.C. Circuit's Decision in *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*;

2. Plaintiffs' Memorandum of Law in Support of Their Motion to Stay Proceedings Pending the D.C. Circuit's Decision in *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*;

3. Affidavit of Richard A. Lockridge with attached Exhibit 1; and

4. Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard A. Arnold
raa@knsacs.com

Dionne M. Benson
dbenson@larkinhoffman.com ;
crjohnson@larkinhoffman.com

William J. Blechman
wblechman@knsacs.com ;
mbeaudry@knsacs.com

Joseph T. Dixon, Jr.
jdixon@hensonefron.com

Karla M. Gluek
kgluek@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Samuel D. Heins
jwestmoreland@heinsmills.com

W. Patrick Judge
pjudge@briggs.com
kbowen@briggs.com

Steven A. Kanner
skanner@muchshelist.com ;
dmillen@muchshelist.com ;
plucente@muchshelist.com

Daniel R. Karon
karon@wkskg.com

Brent R. Lindahl
blindahl@briggs.com

Michael Anthony Lindsay
lindsay.michael@dorsey.com ;
fairbairn.mary@dorsey.com

Susan E. MacMenamin
smacmenamin@heinsmills.com
jwestmoreland@heinsmills.com

Alan H. Maclin
amaclin@briggs.com

Scott A. Neilson
sneilson@hensonefron.com

Pamela I. Perry
pip@knsacs.com

Guido Saveri
guido@saveri.com

I also certify that I caused a copy of the foregoing documents and the Notices of Electronic Filing to be served by first class U.S. mail, postage prepaid, to the following non-ECF participants:

Michael R. Lazerwitz
CLEARY, GOTTLIEB, STEEN
& HAMILTON
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, D.C. 20006-1801

Barry F. McNeil
Ronald W. Breaux
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Alan H. Maclin
W. Patrick Judge
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth St.
Minneapolis, MN 55402-2157

Richard B. Pacella
LAW OFFICES OF
RICHARD B. PACELLA
Three New York Plaza
New York, NY 10004

Lawrence Byrne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

A. Paul Victor
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

William L. Greene
LEONARD STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

John E. Schmidtlein
William J. Bachman
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005

Jon S. Swierzewski
LARKIN HOFFMAN DALY
& LINDGREN, LTD.
1500 Wells Fargo Center
7900 Xerxes Ave S
Bloomington, MN 55431

I further certify that I caused a copy of the Proposed Order [Plaintiffs' Motion to Stay Proceedings Pending the D.C. Circuit's decision in *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*], which was separately e-mailed to Judge Paul A. Magnuson pursuant to Section G.2 of the Electronic Case Filing Procedures for this District, to be delivered to all of the parties detailed above in the same manner as service of the documents filed with the Court.

Dated: December 22, 2004

s/ Richard A. Lockridge
Richard A. Lockridge (#64117)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

**PLAINTIFFS' CO-LEAD COUNSEL**