UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — Civil 00-MD-1328 (PAM)

This Document Relates to:

---

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and Menssing Chemiehandel & Consultants GmbH (MCC), on behalf of all other similarly situated,

Plaintiffs,

v.

Ajinomoto Company, Inc.; Orsan S.A.; Cheil Jedang Corporation; C.J. America, Inc.,: Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries Ltd.; Kyowa Hakko Kogyo; and Tung Hai Fermentation Industrial Corp., n/k/a Vedan Enterprises Group,

Defendants.

Civil 03-2997 (PAM)

**NOTICE OF MOTION AND MOTION TO <u>ENFORCE SETTLEMENT</u>**

---

TO: Plaintiffs and Their Counsel of Record.

**PLEASE TAKE NOTICE** that defendants CJ Corp. and CJ America, Inc. ("Cheil" or the "Cheil Defendants") will bring a Motion to Enforce Settlement between plaintiffs and defendants CJ Corp., f/k/a Cheil Jedang Corporation, and CJ America, Inc. for hearing before the Honorable Paul A. Magnuson, United States District Judge, at a time and place to be set by the Court. The basis for this motion is set out more fully in

the contemporaneously filed Memorandum to Enforce Settlement, and Exhibits and Declarations in Support of Memorandum to Enforce Settlement.

Dated: December 29, 2004

s/Skip Durocher____________________
Skip Durocher (#0208966)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Telecopier: (612) 340-2807

Barry F. McNeil
Texas State Bar No. 13829500
Ronald W. Breaux
Texas State Bar No. 02937200
David B. Reece
Texas State Bar No. 24002810
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANT CJ CORP., F/K/A CHEIL JEDANG CORPORATION, AND CJ AMERICA, INC.**