# Exhibit 2
# to
# Declaration of
# David B. Reece

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate
Antitrust Litigation,

CIVIL 00-MD-1328 (PAM)

---

Inquivosa S.A.; Petbowe Chemtrade
Corp., et al.,

CIVIL 03-2997 (JNE/JGL)

Plaintiffs,

vs.

Ajimomoto Company, Inc., et al.,

Defendants

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 00-MD-1328 PAM having been assigned to Judge Paul A. Magnuson, and Case No. 03-2997 JNE/JGL having later been assigned to Judge Joan N. Ericksen, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 03-2997 JNE/JGL be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Antitrust list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated February 2, 2003.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: May 14, 2003

Paul A. Magnuson, Judge
United States District Court

DATED: May 14, 2003

Joan N. Ericksen, Judge
United States District Court

MAY 1 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

In Re: Monosodium Glutamate
Antitrust Litigation 00-md-1328PAM

Inquivosa S.A., et al

vs. 03-2997PAM

Ajimomoto Company, Inc., et al

Pursuant to an Order for Reassignment of Related Cases signed by Judges Magnuson and Ericksen, the above case has been reassigned to Judge Paul A. Magnuson as a related case to the MSG Antitrust Litigation case listed above.