# Exhibit 5
# to
# Declaration of
# David B. Reece

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | ) ) ) ) | **MDL Docket No. 1328** |

**PLAINTIFF NEWCO TRADING COMPANY'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-6)**

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Newco Trading Company respectfully submits this Notice of Opposition to the Conditional Transfer Order (CTO-6) issued on January 21, 2004 regarding *Newco Trading Co. v. Ajinomoto Co., Inc., et al.*, S.D. New York, C.A. No. 1:03-8217.

Dated: January 27, 2004

Respectfully submitted,

Paul T Gallagher (BWL)

Michael D. Hausfeld
Paul T. Gallagher
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005-3964
202/408-4600
202/408-4699 (fascimile)

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
30th Floor
New York, NY 10022-6017
212/838-7797
212/838-7745 (facsimile)

Steven A. Kanner
MUCH SHELIST FREED DENENBERG
& AMENT, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
312/521-2000
312/521-2100 (facsimile)

Andrew B. Sacks
SACKS, WESTON, SMOLINSKY, ALBERT
& LUBER
510 Walnut Street
Suite 400
Philadelphia, Pa. 19106
215/925-8200
215/925-0508 (facsimile)

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
117 South 17th Street
22nd Floor - Architects Building
Philadelphia, PA 19103
215/564-5182
215/569-0958 (facsimile)

**Attorneys for Plaintiff**
**Newco Trading Company**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | **MDL Docket No. 1328** |

## PROOF OF SERVICE

I, Brent W. Landau, hereby certify that true and correct copies of Plaintiff Newco Trading Company's Notice of Opposition to Conditional Transfer Order (CTO-6) were served by mail upon the following:

Michael R. Lazerwitz
Stephen J. Kaiser
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Ave., NW
Washington, DC 20006
*Counsel for Defendants Ajinomoto Company, Inc. and Orsan S.A.*

David B. Reece
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202-3789
*Counsel for Defendants Cheil Jedang Corporation and C.J. America, Inc.*

Richard B. Pacella
Vincenti & Vincenti
Three New York Plaza
New York, NY 10004
*Counsel for Defendants Miwon Co., Ltd. and Daesang America, Inc.*

Lawrence Byrne
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
*Counsel for Defendant Takeda Chemica Industries, Inc.*

A. Paul Victor
James F. Lerner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Defendants Kyowa Hakko Kogyo Co., Ltd. and Kyowa Hakko USA, Inc.*

Vedan Enterprises Group
65 Hsin An Road
Shalu
Taichung Hsien
Taiwan
*Defendant Tung Hai Fermentation Industrial Corp. n/k/a Vedan Enterprises Group*

Richard A. Lockridge
W. Joseph Bruckner
Heidi M. Drewes-Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401

Samuel D. Heins
Daniel E. Gustafson
Karla M. Gluek
Heins Mills & Olson, P.L.C.
3550 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

Joseph Goldberg
Freedman Boyd Daniels Hollander Goldberg & Cline, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Howard J. Sedran
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Gerald J. Rodos
Jeffrey B. Gittleman
Barrack Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Martin Chitwood
Craig Harley
Chitwood & Harley
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Donald L. Perelman
Roberta D. Liebenberg
Fine Kaplan & Black
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103

Mark A. Griffin
Lynn Lincoln Sarko
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Jared B. Stamell
Stamell & Schager, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404

Guido Saveri
R. Alexander Saveri
Saveri & Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111

Robert N. Kaplan
Richard J. Kilsheimer
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Joseph M. Patane
Law Offices of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Ira N. Richards
Trujillo Rodriguez & Richards, LLC
226 . Rittenhouse Square
The Penthouse
Philadelphia, PA 19103

*Counsel for Plaintiffs Inquivosa S.A., Petbowe Cherntrade Corp., Plus Sun Co., Ltd., and Menssing Chemiehandel & Consultants GmbH (MCC)*

Joseph T. Dixon, Jr.
Henson and Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503

Michael A. Lindsay
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

*Liaison Counsel for Defendants in MDL No. 1328*

Date: January 27, 2004

Brent W Landau

Brent W. Landau