# Exhibit 6
# to
# Declaration of
# David B. Reece

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re FOREIGN FLAVOR ENHANCERS ANTITRUST LITIGATION** | ) ) ) ) | **MDL Docket No. _________** |

**MOTION OF PLAINTIFF NEWCO TRADING COMPANY FOR TRANSFER OF CASES TO AND CONSOLIDATION IN THE SOUTHERN DISTRICT OF NEW YORK**

In accordance with 28 U.S.C. § 1407 and Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Newco Trading Company respectfully submits this Motion for Transfer of Cases to and Consolidation in the Southern District of New York. In support thereof, and as set forth more fully in the accompanying Memorandum of Law, the grounds for this motion are as follows:

(1) Two class action antitrust complaints have been filed on behalf of foreign purchasers alleging an identical worldwide conspiracy to fix prices and allocate markets for flavor enhancers. Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, filed herewith is a Schedule of Actions setting forth the complete caption of each case, the district in

which each case is pending, the civil action number of each case, and the judge assigned to each case.

(2) One of the complaints (*Newco Trading Co. v. Ajinomoto Co., Inc., et al.*) was filed in the United States District Court for the Southern District of New York, and the other complaint (*Inquivosa S.A., et al. v. Ajinomoto Co., Inc., et al.*) was filed in the United States District Court for the District of Minnesota.

(3) The complaints are filed on behalf of identical classes of foreign purchasers.

(4) The complaints both allege that defendants engaged from 1984 through 1999 in a worldwide conspiracy to fix prices and allocate markets for monosodium glutamate ("MSG"), disodium iosinate ("DSI"), and disodium guanylate ("DSG"), both assert antitrust violations under Section 1 of the Sherman Act (15 U.S.C. § 1), and both seek the same relief.

(5) The complaints involve common questions of fact, including whether defendants and their co-conspirators conspired to fix, raise, maintain or stabilize prices of MSG, DSI, and DSG; whether defendants' anticompetitive conduct caused injury to the business or property of the class members, and if so, the appropriate measure of damages; the duration of the conspiracy; and whether defendants actively concealed their unlawful conduct.

(6) Several defendants are headquartered in or near the Southern District of New York.

(7) The Southern District of New York is more accessible to several parties than the District of Minnesota.

(8) The Southern District of New York has a lighter caseload than the District of Minnesota.

(9) Transfer of the antitrust class actions to the Southern District of New York for consolidation would promote the convenience of parties and witnesses and the just and efficient conduct of these cases.

WHEREFORE, Plaintiff Newco Trading Company respectfully moves the Judicial Panel on Multidistrict Litigation to transfer all presently pending and subsequently filed or "tag-along" cases to the United States District Court for the Southern District of New York for consolidated and coordinated pretrial proceedings.

Dated: January 20, 2004

Respectfully submitted,

Paul T Gallagher (BWL)

Michael D. Hausfeld
Paul T. Gallagher
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005-3964
202/408-4600
202/408-4699 (fascimile)

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
30th Floor
New York, NY 10022-6017
212/838-7797
212/838-7745 (facsimile)

Steven A. Kanner
MUCH SHELIST FREED DENENBERG
& AMENT, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
312/521-2000
312/521-2100 (facsimile)

Andrew B. Sacks
SACKS, WESTON, SMOLINSKY, ALBERT
& LUBER
510 Walnut Street
Suite 400
Philadelphia, Pa. 19106
215/925-8200
215/925-0508 (facsimile)

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
117 South 17th Street
22nd Floor - Architects Building
Philadelphia, PA 19103
215/564-5182
215/569-0958 (facsimile)

**Attorneys for Plaintiff**
**Newco Trading Company**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re **FOREIGN FLAVOR ENHANCERS ANTITRUST LITIGATION** ) | **MDL Docket No.** ________ |

**PROOF OF SERVICE**

I, Brent W. Landau, hereby certify that true and correct copies of the Motion of Plaintiff Newco Trading Company for Transfer of Cases to and Consolidation in the Southern District of New York, Memorandum in Support of Motion of Plaintiff Newco Trading Company for Transfer of Cases to and Consolidation in the Southern District of New York, and Schedule of Cases were filed with the clerks of court of the Southern District of New York and the District of Minnesota and were served by mail upon the following:

Michael R. Lazerwitz
Stephen J. Kaiser
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Ave., NW
Washington, DC 20006
*Counsel for Defendants Ajinomoto Company, Inc. and Orsan S.A.*

David B. Reece
Haynes and Boone, LLP
901 Main Street
Suite 3100

Dallas, TX 75202-3789
*Counsel for Defendants Cheil Jedang Corporation and C.J. America, Inc.*

Richard B. Pacella
Vincenti & Vincenti
Three New York Plaza
New York, NY 10004
*Counsel for Defendants Miwon Co., Ltd. and Daesang America, Inc.*

Lawrence Byrne
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
*Counsel for Defendant Takeda Chemica Industries, Inc.*

A. Paul Victor
James F. Lerner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Defendants Kyowa Hakko Kogyo Co., Ltd. and Kyowa Hakko USA, Inc.*

Vedan Enterprises Group
65 Hsin An Road
Shalu
Taichung Hsien
Taiwan
*Defendant Tung Hai Fermentation Industrial Corp. n/k/a Vedan Enterprises Group*

Richard A. Lockridge
W. Joseph Bruckner
Heidi M. Drewes-Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401

Samuel D. Heins
Daniel E. Gustafson
Karla M. Gluek
Heins Mills & Olson, P.L.C.
3550 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

Joseph Goldberg

Freedman Boyd Daniels Hollander Goldberg & Cline, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Howard J. Sedran
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Gerald J. Rodos
Jeffrey B. Gittleman
Barrack Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Martin Chitwood
Craig Harley
Chitwood & Harley
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Donald L. Perelman
Roberta D. Liebenberg
Fine Kaplan & Black
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103

Mark A. Griffin
Lynn Lincoln Sarko
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Jared B. Stamell
Stamell & Schager, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404

Guido Saveri
R. Alexander Saveri
Saveri & Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111

Robert N. Kaplan
Richard J. Kilsheimer
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Joseph M. Patane
Law Offices of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Ira N. Richards
Trujillo Rodriguez & Richards, LLC
226 . Rittenhouse Square
The Penthouse
Philadelphia, PA 19103

*Counsel for Plaintiffs Inquivosa S.A., Petbowe Cherntrade Corp., Plus Sun Co., Ltd., and Menssing Chemiehandel & Consultants GmbH (MCC)*

Date: January 20, 2004

Brent W Landau
Brent W. Landau