# Exhibit 9
# to
# Declaration of
# David B. Reece

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION )

MDL Docket No. 00-1328

**RESPONSE OF THE INQUIVOSA PLAINTIFFS TO MOTION OF PLAINTIFF NEWCO TRADING COMPANY FOR TRANSFER OF CASES TO AND CONSOLIDATION IN THE SOUTHERN DISTRICT OF NEW YORK**

Plaintiffs Inquivosa S.A., Petbowe Chemtrade Corp., Plus Sun Co., Ltd. and Menssing Chemiehandel & Consultants GmbH (MCC) (the "Inquivosa Plaintiffs") file this Response to the Motion of Plaintiff Newco Trading Company for Transfer of Cases to and Consolidation in the Southern District of New York and respectfully request that the Newco Plaintiff's Motion be denied.

1. The Inquivosa Plaintiffs admit that two class action antitrust complaints have been filed on behalf of foreign purchasers alleging an identical worldwide conspiracy to fix prices and allocate markets for flavor enhancers.

2. The Inquivosa Plaintiffs admit that one of the complaints (*Newco Trading Co. v. Ajinomoto Co., Inc., et al.*) was filed in the United States District Court for the Southern District of New York and the other complaint (*Inquivosa S.A., et al. v. Ajinomoto Co., Inc., et al.*) was filed in the United States District Court for the District of Minnesota.

3. The Inquivosa Plaintiffs admit that the complaints are filed on behalf of identical classes of foreign purchasers.

4. The Inquivosa Plaintiffs admit that the complaints both allege that defendants engaged from 1984 through 1999 in a worldwide conspiracy to fix prices and allocate markets for monosodium

glutamate ("MSG"), disodium iosinate ("DSI"), and disodium guanylate ("DSG"), both assert antitrust violations under Section 1 of the Sherman Act (15 U.S.C. § 1), and both seek the same relief.

5. The Inquivosa Plaintiffs admit that the complaints involve common questions of fact, including whether defendants and their co-conspirators conspired to fix, raise, maintain or stabilize prices of MSG, DSI, and DSG; whether defendants' anticompetitive conduct caused injury to the business or property of the class members, and if so, the appropriate measure of damages; the duration of the conspiracy; and whether defendants actively concealed their unlawful conduct.

6. The Inquivosa Plaintiffs admit that Defendant C.J. America, Inc. is a New Jersey corporation with its principal place of business at 105 Challenger Road, 4th Floor, Ridgefield Park, New Jersey and that Defendant Daesang America, is a New Jersey corporation with its principal place of business at one University Plaza, #407, Hackensack, New Jersey and state that all other Defendants named by the Inquivosa Plaintiffs are headquartered outside of the United States in either Japan, Korea, Taiwan or France.

7. The Inquivosa Plaintiffs deny the allegations contained in Paragraph 7 and state that most of the parties affected by the Inquivosa and Newco actions are located outside the United States.

8. The Inquivosa Plaintiffs are without sufficient knowledge to admit or deny the assertion in Paragraph 8.

9. The Inquivosa Plaintiffs deny the assertion contained in Paragraph 9. For the reasons set out more fully in the Inquivosa Plaintiffs' Memorandum In Opposition To Motion Of Plaintiff Newco Trading Company For Transfer Of Cases To And Consolidation In The Southern District Of New York, the Inquivosa Plaintiffs state that consolidation of the *Inquivosa* and *Newco* actions in the District of Minnesota will promote the just and efficient conduct of this litigation and the convenience of the parties and witnesses.

For the reasons set forth above and in the accompanying brief, the Inquivosa Plaintiffs respectfully request that the Court deny the Motion Of Plaintiff Newco Trading Company For Transfer Of Cases To And Consolidation In The Southern District Of New York.

Dated: February 17, 2004

Respectfully submitted,

HEINS MILLS & OLSON, P.L.C.

Samuel D. Heins (#43576)
Susan E. MacMenamin (#304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

LOCKRIDGE GRINDAL
NAUEN P.L.L.P.

Richard Lockridge / by SEM

Richard A. Lockridge (#64117)
W. Joseph Bruckner (#147758)
Heidi M. Drewes-Silton (#025759X)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

Donna S. Dye, being first duly sworn, says that because the 16th day of February was a federal holiday and there was no mail service, she caused on the 17th day of February, 2004, City of Minneapolis, County of Hennepin, State of Minnesota, the following documents to be served:

> Response of the Inquivosa Plaintiffs to Motion of Plaintiff Newco Trading Company for Transfer of Cases to and Consolidation in the Southern District of New York; and
>
> Memorandum in Opposition to Motion of Plaintiff Newco Trading Company for Transfer of Cases to and Consolidation in the Southern District of New York

to all parties on the attached Service List by delivering a true and correct copy thereof via U.S. Mail.

Donna S. Dye

Subscribed and sworn to before me
this 16th day of February, 2004.

Notary Public

LINDA K. MORTRUD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005

**PANEL SERVICE LIST**
**DOCKET NO. 1328**
**IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

*Inquivosa SA, et al. v. Ajinomoto Co., Inc., et al.*, D. Minnesota, C.A. No. 0:03-2997
*Newco Trading Co. v. Ajinomoto Co., Inc., et al.*, S.D. New York, C.A. No. 1:03-8217

Lawrence Byrne
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Martin D. Chitwood
Chitwood & Harley
1230 Peachtree Street, N.E.
Suite 2300, Promenade II
Atlanta, GA 30309

Joseph T. Dixon, Jr.
Henson & Efron
200 South Sixth Street
Suite 1800
Minneapolis, MN 55402

Marc H. Edelson
Hoffman & Edelson
45 W. Court Street
Doylestown, PA 18901-4223

Paul Thomas Gallagher
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Joseph Goldberg
Freedman, Boyd, Daniels, et al.
20 First Plaza
Suite 700
Albuquerque, NM 87102

Steven J. Greenfogel
Meredith, Cohen, Greenfogel
& Skirnick, P.C.
117 South 17th Street
22nd Floor - Architects Building
Philadelphia, PA 19103

Mark Adam Griffin
Keller & Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Samuel D. Heins
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Steven A. Kanner
Much, Shelist, Freed, et al.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606-1615

Robert N. Kaplan
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, NY 10022

Michael R. Lazerwitz
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006-1801

Michael A. Lindsay
Dorsey & Whitney
50 6th St S Ste 1500
Minneapolis, MN 55402-1498

Richard A. Lockridge
Lockridge, Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Barry F. McNeil
Haynes & Boone, LLP
3100 Nationsbank Plaza
901 Main Street
Dallas, TX 75202

Linda P. Nussbaum
Cohen, Milstein, Hausfeld & Toll
150 East 52nd Street
30th Floor
New York, NY 10022-6017

Richard B. Pacella
Vincenti & Vincenti
Three New York Plaza
New York, NY 10004

Joseph M. Patane
Law Offices Of Joseph Patane
2280 Union Street
San Francisco, CA 94123

Donald L. Perelman
Fine, Kaplan & Black, RPC
1845 Walnut Street
Suite 2300
Philadelphia, PA 19103

David B. Reece
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202-3789

Ira N. Richards
Trujillo, Rodriguez & Richards, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

Gerald J. Rodos
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Andrew B. Sacks
Sacks, Weston, Smolinksy, Albert
& Luber
510 Walunt Street
Suite 400
Philadelphia, PA 19106

Guido Saveri
Saveri & Saveri, Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111

PANEL SERVICE LIST MDL-1328 (Cont.)



Howard J. Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Jared B. Stamell
Stamell & Schager, LLP
One Liberty Plaza
35th Floor
New York, NY 10006-1404

A. Paul Victor
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153