# Exhibit 11
# to
# Declaration of
# David B. Reece

**BEFORE THE JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

| | | |
|---|---|---|
| In Re Monosodium Glutamate Antitrust Litigation | ) | MDL Number 00-1328 |

**RESPONSE OF THE INQUIVOSA PLAINTIFFS TO MOTION OF PLAINTIFF NEWCO TRADING COMPANY TO VACATE CONDITIONAL TRANSFER ORDER (CTO-6)**

Plaintiffs Inquivosa S.A., Petbowe Chemtrade Corp., Plus Sun Co., Ltd. and Menssing Chemiehandel & Consultants GmbH (MCC) (the "Inquivosa Plaintiffs") file this Response to the Motion of Plaintiff Newco Trading Company to Vacate Conditional Transfer Order (CTO-6), and respectfully request that Newco's Motion be denied. In addition to this Response and their supporting Memorandum, the Inquivosa Plaintiffs also incorporate their Response and supporting Memorandum, dated February 17, 2004, to the related Motion of Plaintiff Newco Trading Company For Transfer of Cases To and Consolidation in the Southern District of New York.

In response to Newco's specific averments of its grounds for its motion, the Inquivosa Plaintiffs respond:

1. Admit.

2. Deny. The proceedings in MDL No. 1328 are not "essentially concluded," as Newco avers. In fact, in the oldest of the cases making up MDL No. 1328, the domestic direct purchaser class actions, one defendant remains in the case, against whom the District of Minnesota, the transferee court, has entered default judgment. Proceedings relating to the default judgment have yet to be concluded. The remainder of the cases making up MDL No. 1328 are in relatively early stages of pretrial proceedings, and all such cases either were originally commenced in or transferred to the District of Minnesota within the last twelve months.

3. Deny. *Newco* involves material issues, both factual and legal, which either are identical to or overlap significantly with material factual and legal issues in the other cases making up MDL No. 1328. Two of the cases making up MDL No. 1328, *Conopco* and *Inquivosa,* involve foreign purchasers, as does *Newco,* and all three cases allege the same price-fixing conspiracy and resulting impact. The material issues among these three cases will essentially be identical. The remaining cases making up MDL No. 1328, all actions on behalf of domestic purchasers, allege the same price-fixing conspiracy that forms the basis of *Newco, Inquivosa,* and *Conopco;* the only material factual differences between *Newco*, *Inquivosa,* and *Conopco* on the one hand, and the domestic purchaser cases on the other, will be the geographic scope and resulting impact of the price-fixing conspiracy which all plaintiffs allege.

4. Admit as to the date upon which Newco moved to transfer and consolidate. The remainder of Newco's averment requires no response.

5. Deny. Because of the significant and overarching identity or similarity of legal and factual issues central both to *Newco* and *Inquivosa* and the other cases making up MDL No. 1328, and because Judge Magnuson in the District of Minnesota has presided over MDL No. 1328 for the past four years and thus has an extensive familiarity with all of these overarching factual and legal issues, transfer of *Newco* to the District of Minnesota for consolidation will further the convenience of parties and witnesses and promote the just and efficient conduct of these cases. In light of these two facts, it would be a pointless waste of resources to transfer *Newco* anywhere other than the District of Minnesota.

Accordingly, the Inquivosa Plaintiffs respectfully request that this Panel uphold its CTO-6 in this matter and deny Newco's motion in its entirety.

Dated: March 3, 2004

Respectfully submitted,

HEINS MILLS & OLSON, P.L.C.

Samuel D. Heins (#43576)
Susan E. MacMenamin (#304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Richard A. Lockridge (#64117)
W. Joseph Bruckner (#147758)
Heidi M. Drewes-Silton (#025759X)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**Counsel for the Inquivosa Plaintiffs**