# Exhibit 12
# to
# Declaration of
# David B. Reece

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION<br><br>*Newco Trading Co. v. Ajinomoto Company, Inc., et al.*,<br>Case No. 03-CV 8217 (S. D. N. Y.) | MDL Docket No. 00-1328 |

**RESPONSE OF DEFENDANTS CJ AMERICA, INC. AND DAESANG AMERICA, INC. TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

In accordance with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants CJ America, Inc. ("CJ America") and Daesang America, Inc. ("Daesang America") respectfully submit this Response to Motion of Plaintiff Newco Trading Company to Vacate Conditional Transfer Order (CTO-6) ("the Motion"). For the reasons set forth in the following Responses, and as described more fully in the accompanying Brief of Defendants CJ America and Daesang America in Response to the Motion, CJ America and Daesang America request that the Motion be denied.

class of U.S. direct purchasers; one *(Lief)* is based on claims asserted on behalf of a purported multi-state class of indirect purchasers; another *(Conopco)* is based on claims asserted by both foreign and domestic direct purchasers and primarily involves foreign purchases; and another *(Inquivosa)* relates to claims asserted on behalf of a purported class of foreign direct purchasers. Finally, CJ America and Daesang America aver that, as stated above, Plaintiff has admitted that the *Inquivosa* action that is already pending in MDL No. 1328 is virtually identical to *Newco*. (Id.)

4. CJ America and Daesang America admit that on January 20, 2004, Newco Trading Company moved to transfer and consolidate only the *Newco* and *Inquivosa* actions in the Southern District of New York. To CJ America's and Daesang America's knowledge, Newco Trading Company's motion did not involve any other foreign purchaser cases. CJ America and Daesang America aver that, as stated above, *Newco* and *Inquivosa* are not the only pending cases involving claims asserted by foreign purchasers. CJ America and Daesang America herein incorporate by reference their Response to the Motion of Plaintiff Newco Trading Company for Transfer of Cases to and Consolidation in the Southern District of New York and their Brief in support of that Response.

5. CJ America and Daesang America deny the averments contained in paragraph 5. CJ America and Daesang America aver that the Panel has previously concluded that the District of Minnesota is a convenient forum for pretrial proceedings in cases arising from the alleged international conspiracy in the food flavor enhancer industry. (*See, e.g.* Ex. 1 to Brief in Support of this Resp.) Because it too arises from the alleged conspiracy in the food flavor enhancer industry, CJ America and Daesang America aver that *Newco* should

be transferred to the District of Minnesota as part of MDL No. 1328 to serve the convenience of the parties and witnesses and to serve the interests of judicial efficiency.

WHEREFORE, for the reasons set forth above and in the Brief of Defendants CJ America and Daesang America in Response to Plaintiff's Motion which is incorporated herein, Defendants CJ America and Daesang America respectfully move the Judicial Panel on Multidistrict Litigation to deny the Motion and enter an order transferring *Newco* to the District of Minnesota for pretrial proceedings.

Dated: March 2, 2004

Respectfully submitted,

HAYNES AND BOONE, LLP

By ____________________

Barry F. McNeil
Texas Bar No. 13829500
Ronald W. Breaux
Texas Bar No. 02937200
David B. Reece
Texas Bar No. 24002810
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANT CJ AMERICA, INC.**

W Patrick Judge for w/permission

**LAW OFFICES OF RICHARD B. PACELLA**
Richard B. Pacella, Esq.
Three New York Plaza
New York, NY 10004
Tel.: (212) 509-4600
Fax: (212) 509-0406

Alan H. Maclin
W. Patrick Judge
**BRIGGS AND MORGAN, P.A.**
2200 First National Bank Building
Saint Paul, Minnesota 55101
Tel.: (651) 223-6600
Fax: (651) 223-6450

**ATTORNEYS FOR DEFENDANT**
**DAESANG AMERICA, INC.**

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION**

*Newco Trading Company v. Ajinomoto Company, Inc., et al.*,
Case No. 03-CV 8217 (S. D. N. Y.)

MDL DOCKET NO. 00-1328

**PROOF OF SERVICE**

I, David B. Reece, hereby certify that true and correct copies of (1) the Response of Defendants CJ America, Inc. and Daesang America, Inc. to Plaintiff Newco Trading Company's Motion to Vacate Conditional Transfer Order (CTO-6) and (2) the Brief in Support of CJ America, Inc. and Daesang America, Inc.'s Response were filed with the Clerk of the Judicial Panel on Multidistrict Litigation and served by mail upon the attached Panel Service List, and upon the following:

J. Michael McMahon, Clerk of Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street

New York, New York 10007-1312

Dated: March 2, 2004.

David B. Reece
Texas State Bar No. 24002810
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANT CJ AMERICA, INC.**

PANEL SERVICE LIST
DOCKET NO. 1328
IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

*Newco Trading Co. v. Ajinomoto Co., Inc., et al.*, S.D. New York, C.A. No. 1:03-8217

Lawrence Byrne
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Joseph T. Dixon, Jr.
Henson & Efron
200 South Sixth Street
Suite 1800
Minneapolis, MN 55402

Paul Thomas Gallagher
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Samuel D. Heins
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Steven A. Kanner
Much, Shelist, Freed, Denenberg & Ament, P.C.
191 North Wacker Dr., Suite 1800
Chicago, IL 60606-1615

Michael R. Lazerwitz
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006-1801

Michael A. Lindsay
Dorsey & Whitney
50 6th Street South, Suite 1500
Minneapolis, MN 55402-1498

Richard A. Lockridge
Lockridge, Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Linda P. Nussbaum
Cohen, Milstein, Hausfeld & Toll, LLC
150 East 52nd Street, 30th Floor
New York, NY 10022-6017

Richard B. Pacella
Vincenti & Vincenti
Three New York Plaza
New York, NY 10004

Andrew B. Sacks
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street, Suite 400
Philadelphia, PA 19106

A. Paul Victor
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153