UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — Civil 00-MD-1328 (PAM)

This Document Relates to:

---

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and Menssing Chemiehandel & Consultants GmbH (MCC), on behalf of all other similarly situated, — Civil 03-2997 (PAM)

Plaintiffs,

v.

**CERTIFICATE OF SERVICE**

Ajinomoto Company, Inc.; Orsan S.A.; Cheil Jedang Corporation; C.J. America, Inc.,: Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries Ltd.; Kyowa Hakko Kogyo; and Tung Hai Fermentation Industrial Corp., n/k/a Vedan Enterprises Group,

Defendants.

---

I hereby certify that on December 29, 2004, I caused the following documents:

Notice of Motion and Motion to Enforce Settlement
Memorandum in Support of Motion to Enforce Settlement
Order
Declaration of Ju Myung Hwang
Declaration of Ronald W. Breaux
Declaration of Barry F. McNeil
Declaration of David B. Reece

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Richard Alan Arnold
  raa@knsacs.com
- Dionne M Benson
- William J Blechman
  wblechman@knsacs.com mbeaudry@knsacs.com
- W Joseph Bruckner
  bruckwj@locklaw.com sipeem@locklaw.com;johanct@locklaw.com
- Joseph T Dixon, Jr
  jdixon@hensonefron.com
- Karla M Gluek
  kgluek@gustafsongluek.com
- Daniel E Gustafson
  dgustafson@gustafsongluek.com
- Samuel D Heins
  jwestmoreland@heinsmills.com
- W Patrick Judge
  pjudge@briggs.com kbowen@briggs.com
- Steven A Kanner
  skanner@muchshelist.com dmillen@muchshelist.com,plucente@muchshelist.com
- Daniel R Karon
  karon@wkskg.com
- Brent R Lindahl
  blindahl@briggs.com
- Michael A Lindsay
  lindsay.michael@dorsey.com fairbairn.mary@dorsey.com
- Susan E MacMenamin
  smacmenamin@heinsmills.com jwestmoreland@heinsmills.com
- Alan Hall Maclin
  amaclin@briggs.com

- Scott A Neilson
  sneilson@hensonefron.com

- Pamela I Perry
  pip@knsacs.com

- Guido Saveri
  guido@saveri.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Michael R. Lazerwitz
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, D.C. 20006-1801

Richard B Pacella
Law Offices of Richard B Pacella
3 New York Plaza
New York, NY 10004

Alan H. Maclin
W. Patrick Judge
Briggs & Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157

/s/Skip Durocher____________________
Skip Durocher (#0208966)