UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — Civil 00-MD-1328 (PAM)

This Document Relates to:

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and Menssing Chemiehandel & Consultants GmbH (MCC), on behalf of all other similarly situated, — Civil 03-2997 (PAM)

Plaintiffs,

v.

**CERTIFICATE OF SERVICE**

Ajinomoto Company, Inc.; Orsan S.A.; Cheil Jedang Corporation; C.J. America, Inc.,: Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries Ltd.; Kyowa Hakko Kogyo; and Tung Hai Fermentation Industrial Corp., n/k/a Vedan Enterprises Group,

Defendants.

I hereby certify that on January 10, 2005, I caused the following document:

Amended Notice of Motion to Enforce Settlement

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Richard Alan Arnold
  raa@knsacs.com
- Dionne M Benson
- William J Blechman
  wblechman@knsacs.com mbeaudry@knsacs.com

- W Joseph Bruckner
  bruckwj@locklaw.com sipeem@locklaw.com;johanct@locklaw.com

- Joseph T Dixon, Jr
  jdixon@hensonefron.com

- Karla M Gluek
  kgluek@gustafsongluek.com

- Daniel E Gustafson
  dgustafson@gustafsongluek.com

- Samuel D Heins
  jwestmoreland@heinsmills.com

- W Patrick Judge
  pjudge@briggs.com kbowen@briggs.com

- Steven A Kanner
  skanner@muchshelist.com dmillen@muchshelist.com,plucente@muchshelist.com

- Daniel R Karon
  karon@wkskg.com

- Brent R Lindahl
  blindahl@briggs.com

- Michael A Lindsay
  lindsay.michael@dorsey.com fairbairn.mary@dorsey.com

- Susan E MacMenamin
  smacmenamin@heinsmills.com jwestmoreland@heinsmills.com

- Alan Hall Maclin
  amaclin@briggs.com

- Scott A Neilson
  sneilson@hensonefron.com

- Pamela I Perry
  pip@knsacs.com

- Guido Saveri
  guido@saveri.com

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Michael R. Lazerwitz
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, D.C. 20006-1801

Richard B Pacella
Law Offices of Richard B Pacella
3 New York Plaza
New York, NY 10004

Alan H. Maclin
W. Patrick Judge
Briggs & Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157

s/Eric A. Ruzicka
Eric A. Ruzicka (#0313373)