**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Inquivosa, S.A., et al., Plaintiffs, v. Ajinomoto Co., Inc., et al., Defendants. | MDL No. 00-1328 (PAM) |

**DEFENDANT ARCHER DANIELS MIDLAND COMPANY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT**

NOW COMES Defendant Archer Daniels Midland Company ("ADM"), through counsel, and requests an Order enlarging the time to file its responsive pleading to plaintiffs' Consolidated and Amended Class Action Complaint ("Complaint"). Counsel for plaintiffs has consented to the relief sought in this motion. In support of this consent motion, ADM states as follows:

1. On November 14, 2004, plaintiffs filed the Complaint in this action against fifteen defendants, including ADM.

2. On or about November 24, 2004, ADM agreed to waive service of the Complaint, and provided plaintiffs' counsel with an executed Waiver of Service of Summons and Complaint.

3. On December 22, 2004, plaintiffs filed their "Motion to Stay Proceedings Pending the D.C. Circuit's Decision in *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*" (hereinafter "Plaintiffs' Stay Motion").

4. Also on December 22, 2004, defendants' liaison counsel (Michael A. Lindsay, Esq. of Dorsey & Whitney LLP) wrote to the Court indicating that the defendants did not support Plaintiffs' Stay Motion. Mr. Lindsay's letter also proposed a uniform briefing schedule for the defendants' responsive pleadings to plaintiffs' Complaint.

5. ADM's answer or responsive pleading to plaintiffs' Complaint is currently due to be filed on or before Friday, January 14, 2005. Counsel for ADM and counsel for plaintiffs have agreed upon a consent motion enlarging the time in this case for ADM to file its answer or responsive pleading, pending the Court's consideration of Plaintiffs' Stay Motion and the Court's endorsement of a uniform briefing schedule for the defendants' responsive pleadings to the Complaint.

6. This consent motion is made in good faith and not for the purpose of delay.

WHEREFORE, ADM requests this Court to grant an enlargement of time for ADM to file its answer or responsive pleading to plaintiffs' Complaint, pending the Court's consideration of the Plaintiffs' Stay Motion and the Court's endorsement of a uniform briefing schedule for the defendants' responsive pleadings to the Complaint.

Dated: January 14, 2005

Respectfully submitted,

FAEGRE & BENSON LLP

By: s/ Richard A. Duncan

Richard A. Duncan, MN # 192983
Craig S. Coleman, MN # 325491
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

John E. Schmidtlein
John L. Cuddihy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Counsel for Defendant Archer Daniels Midland Company

M1:1175700.01