**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2005, I caused the following document(s):

> Defendant Archer Daniels Midland Company's Consent Motion for Enlargement of Time to File Responsive Pleading to Plaintiffs' Consolidated and Amended Class Action Complaint.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Richard Alan Arnold**
  raa@knsacs.com
- **Dionne M Benson**
- **William J Blechman**
  wblechman@knsacs.com mbeaudry@knsacs.com
- **W Joseph Bruckner**
  bruckwj@locklaw.com sipeem@locklaw.com;johanct@locklaw.com
- **Joseph T Dixon, Jr**
  jdixon@hensonefron.com
- **Heidi M Drewes-Silton**
  drewehm@locklaw.com juellsl@locklaw.com;pottehn@locklaw.com
- **Vernle C Durocher, Jr**
  durocher.skip@dorsey.com nelson.nancy@dorsey.com
- **Karla M Gluek**
  kgluek@gustafsongluek.com
- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com
- **Samuel D Heins**
  jwestmoreland@heinsmills.com
- **W Patrick Judge**
  pjudge@briggs.com kbowen@briggs.com
- **Steven A Kanner**
  skanner@muchshelist.com dmillen@muchshelist.com,plucente@muchshelist.com
- **Daniel R Karon**
  karon@wkskg.com
- **Brent R Lindahl**
  blindahl@briggs.com
- **Michael A Lindsay**
  lindsay.michael@dorsey.com fairbairn.mary@dorsey.com

- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com;juellsl@locklaw.com
- **Susan E MacMenamin**
  smacmenamin@heinsmills.com jwestmoreland@heinsmills.com
- **Alan Hall Maclin**
  amaclin@briggs.com
- **Scott A Neilson**
  sneilson@hensonefron.com
- **Pamela I Perry**
  pip@knsacs.com
- **Eric A Ruzicka**
  ruzicka.eric@dorsey.com breymeier.dianna@dorsey.com
- **Guido Saveri**
  guido@saveri.com

Due to e-service upon Samuel D. Heins and Richard A. Lockridge, plaintiffs' lead and liaison counsel, no mail service to non-ECF participants is contemplated.

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable Paul A. Magnuson [magnuson_chambers@mnd.uscourts.gov]

and I certify that I caused a copy of the proposed order to be e-mailed to Samuel D. Heins and Richard A. Lockridge, plaintiffs' lead and liaison counsel.

Date: January 14, 2005

s/ Richard A. Duncan

Richard A. Duncan
Attorney #192983
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
rduncan@faegre.com

Attorney for Defendant Archer Daniels Midland Company