UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

**ORDER**

This document relates to:
Inquivosa, S.A., et al. v. Ajinomoto Co., Inc., et al., Civ. No. 03-2997

---

This matter is before the Court on Defendant Archer Daniels Midland Company's Motion for an Order Enlarging the Time to File an Answer or Responsive Pleading to Plaintiffs' Amended and Consolidated Class Action Complaint ("Complaint"). Currently pending before the Court is Plaintiffs' Motion to Stay this action pending the D.C. Circuit's decision in Empagran S.A. v. F. Hoffman-LaRoche, Ltd., Civ. File No. 01-7115 (D.C. Cir.).

To conserve litigation costs and reduce unnecessary pleadings, the Motion For an Order Enlarging the Time to File (Clerk Doc. No. 519) is **GRANTED**. The Court will set forth a deadline for filing responsive pleadings to the Complaint in its Order relating to Plaintiffs' pending Motion to Stay.

Dated: January 26, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge