# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| In re: MSG Antitrust Litigation,<br><br>Member Case:<br><br>Conopco Inc., Plaintiff,<br><br>v. Civil 03-5323 PAM<br><br>Daesang Japan,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Paul A. Magnuson<br>U.S. District Judge<br><br>Case No: Civil 00-md-1328 PAM<br>Date: January 26, 2005<br>Court Reporter: Ron Moen<br>Time Commenced: 2:00 p.m.<br>Time Concluded: 2:30 p.m.<br>Time in Court: Hours & 30 Minutes |

Hearing on: **Defts Motion to Enforce Settlement (clerk entry #43)**

APPEARANCES:

Plaintiff: Richard Arnold
Defendant: Alan Maclin

PROCEEDINGS: Parties have reached an agreement, the Court has taken the settlement agreement under advisement.

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Suzanne M. Ruiz
Calendar Clerk