**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** — **MDL Docket No. 00–1328 (PAM/JGL)**

**This Document Relates to: Lief, et al. v. Archer Daniels Midland Co, et al., W.D. Wis. File No. 03-C-115-S** — **Civil File No. 03-3162**

## NOTICE OF CHANGE OF FIRM NAME AND LEGAL STATUS

PLEASE TAKE NOTICE THAT effective January 1, 2005, Cleary, Gottlieb, Steen & Hamilton registered as a New York limited liability partnership and changed its name and legal status to Cleary Gottlieb Steen & Hamilton LLP. All future reference to the firm in this matter should be Cleary Gottlieb Steen & Hamilton LLP. The firm's and its lawyers' addresses, phone numbers, fax numbers and email addresses have not been affected by this change.

Dated: January 31, 2005

DORSEY & WHITNEY LLP

By: s/ Michael A. Lindsay
Michael A. Lindsay (#0163466)
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Michael Lazerwitz
Steven Kaiser
Leah Brannon
Sabeena Rajpal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500

***Attorneys for Defendants Ajinomoto Company, Inc. and Ajinomoto U.S.A., Inc.***