**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***Lief, et al. v. Archer Daniels Midland Co., et al.***
**Civil File No. 03-3162**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2005, I caused the following document(s):

**Notice of Change of Firm Name and Legal Status**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Ronald W Breaux**
**breauxr@haynesboone.com**

**Lawrence Byrne**

**Lawrence Byrne**
**lbyrne@whitecase.com**

**Craig S Coleman**
**ccoleman@faegre.com kdraves@faegre.com**

**John L Cuddihy**
**jcuddihy@wc.com**

**Joseph T Dixon, Jr**
**jdixon@hensonefron.com**

**Richard A Duncan**
**rduncan@faegre.com lhonse@faegre.com;rcox@faegre.com**

**Vernle C Durocher, Jr**
**durocher.skip@dorsey.com nelson.nancy@dorsey.com**

**Karla M Gluek**
**kgluek@gustafsongluek.com**

**Daniel E Gustafson**
**dgustafson@gustafsongluek.com**

**G Michael Halfenger**
**mhalfenger@foley.com**

**Steven J Kaiser**
**skaiser@cgsh.com**

**Jeremy P Levinson**
**JPL@FFSJ.COM**

**David Lucey**
**dlucey@foley.com**

**Alan Hall Maclin**
**amaclin@briggs.com**

**Barry F McNeil**
**mcneilb@haynesboone.com**

**David V Meany**
**dvm@dewittross.com**

**Scott A Neilson**
**sneilson@hensonefron.com**

**David B Reece**
**reeced@haynesboone.com**

**John E Schmidtlein**
**jschmidtlein@wc.com**

I further certify that I caused a copy of the foregoing document(s) and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Michael J Beck<br>Room G-255 N Lobby<br>Clerk of the Panel<br>Thurgood Marshall Federal Judiciary Bldg<br>One Columbus Circle NE<br>Washington, DC 20002-8004 | Ian Otto, Esq.<br>Timothy D Battin, Esq.<br>David Boies, III, Esq.<br>Strauss & Boies, LLP<br>10513 Braddock Rd<br>Fairfax, VA 22032 |
| Susan LaCava, Esq.<br>LaCava Law Office<br>23 N Pinckney St Ste 300<br>Madison, WI 53703 | |

Dated: January 31, 2005

s/ Michael A. Lindsay

Michael A. Lindsay
Minn. Attorney No. 163466
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
lindsay.michael@dorsey.com

***Attorneys for Defendants Ajinomoto Company, Inc. and Ajinomoto U.S.A., Inc.***