IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 (PAM/JGL)

This document relates to: Inquivosa, S.A., v. Ajinomoto Co., Inc., et al, Civ. No. 03-2997

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER**

WHEREAS, the answer, motion or other responsive pleading of Defendants Miwon Co., Ltd. and Daesang America, Inc. ("Daesang Defendants") currently is due on February 17, 2005, pursuant to the Court's Memorandum and Order dated January 27, 2005, which also contemplates the filing of a Motion to Dismiss by other defendants;

WHEREAS, Plaintiffs and Daesang Defendants desire an extension of time for Daesang America, Inc. to move, answer, or otherwise plead;

WHEREAS, granting the request for extension will not delay the proceedings in this action.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that Daesang Defendants shall have an extension of time in which to move, answer, or otherwise plead in response to the Consolidated and Amended Class Action Complaint herein, until ten (10) days after the Court's ruling on defendants' Motion to Dismiss.

Dated: February 1, 2005

**LOCKRIDGE GRINDAL NAUEN P.L.L.P**

By:______s/Heidi M. Silton________________
Richard A. Lockridge (#64117)
Heidi M. Silton (#25759X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**HEINS MILLS & OLSON, P.L.C.**

By:_____s/ Susan E. MacMenamin ___________
Samuel D. Heins (#43576)
Susan E. MacMenamin (#030436)
3550 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated: February 2, 2005

**BRIGGS AND MORGAN, P.A.**

By:_____s/ WP Judge ______________________
Alan H. Maclin (#66102)
W. Patrick Judge (#202721)
2200 IDS Center
Minneapolis, MN 55402
(612) 977-8400

**LAW OFFICES OF RICHARD B. PACELLA**
Richard B. Pacella
Three New York Plaza
New York, NY 10004
(212) 509-4600

**ATTORNEYS FOR DEFENDANT DAESANG AMERICA, INC.**