IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 (PAM/JGL)

This document relates to: Inquivosa, S.A., v. Ajinomoto Co., Inc., et al, Civ. No. 03-2997

**ORDER GRANTING EXTENSION OF TIME**

Based upon the Stipulation of the parties, it is hereby ORDERED that defendants Miwon Co., Ltd and Daesang America, Inc. shall have an extension of time in which to move, answer or otherwise plead in response to plaintiffs' Consolidated and Amended Class Action Complaint, until ten (10) days after the Court's ruling on other defendants' motion to dismiss.

Dated: February 3 , 2005

s/Paul A. Magnuson
Paul A. Magnuson
United States District Judge