**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | ) | **MDL Docket No. 00-1328 PAM/JGL** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **Inquivosa, S.A., et al. v. Ajinomoto Co., Inc., et al., C.A. No. 03-2001-GTV** | ) | **Civil Action No. 03-2997** |

**DEFENDANT ARCHER DANIELS MIDLAND COMPANY'S**
**MOTION TO DISMISS BASED UPON THE STATUTE OF LIMITATIONS**

Pursuant to Rules 12(b)(6) and 15(c) of the Federal Rules of Civil Procedure, defendant Archer Daniels Midland Company ("ADM") hereby moves to dismiss Plaintiffs' Amended and Consolidated Class Action Complaint against it with prejudice based upon the statute of limitations.

A memorandum supporting this motion, an affidavit of counsel, and a proposed order are filed herewith. ADM also joins the "Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing" that is being concurrently filed with the Court by certain defendants, including ADM.

**REQUEST FOR ORAL ARGUMENT**

ADM requests oral argument on this motion.

Dated: February 17, 2005

s/ Richard A. Duncan
Richard A. Duncan, MN # 192983
Craig S. Coleman, MN # 325491
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

and

John E. Schmidtlein
John L. Cuddihy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Counsel for Defendant Archer Daniels Midland Company

M1:1185398.01