**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | **MDL Docket No. 00-1328 PAM/JGL** |
| **THIS DOCUMENT RELATES TO:** | |
| **Inquivosa, S.A., et al. v. Ajinomoto Co., Inc., et al., C.A. No. 03-2001-GTV** | **Civil Action No. 03-2997** |

**DEFENDANT ARCHER DANIELS MIDLAND COMPANY'S NOTICE OF HEARING OF MOTION TO DISMISS BASED UPON THE STATUTE OF LIMITATIONS**

TO: Plaintiffs and their lead counsel, Richard A. Lockridge, Lockridge Grindal & Nauen P.L.L.P., Suite 2200, 100 Washington Avenue South, Minneapolis, MN 55401 and Samuel D. Heins, Heins Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402

PLEASE TAKE NOTICE that at a hearing to be held on April 13, 2005, at 9:30 a.m., in Courtroom One of the Warren E. Burger Federal Building in St. Paul, Minnesota, before the Honorable Paul A. Magnuson, defendant Archer Daniels Midland Company ("ADM") will move the Court to dismiss the amended complaint against it pursuant to Fed. R. Civ. P. 12(b)(6) and 15(c). A memorandum in support of this motion, affidavit of Richard A. Duncan, and a proposed order are filed herewith.

Dated: February 17, 2005

s/ Richard A. Duncan
Richard A. Duncan, MN # 192983
Craig S. Coleman, MN # 325491
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

and

John E. Schmidtlein
John L. Cuddihy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Counsel for Defendant Archer Daniels Midland Company

M1:1185414.01