**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION** | ) | **MDL Docket No. 00-1328 PAM/JGL** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **Inquivosa, S.A., et al. v. Ajinomoto Co., Inc., et al., C.A. No. 03-2001-GTV** | ) | **Civil Action No. 03-2997** |

**AFFIDAVIT OF RICHARD A. DUNCAN**
**IN SUPPORT OF DEFENDANT ADM'S MOTION TO DISMISS**

State of Minnesota )
) ss.
County of Hennepin )

RICHARD A. DUNCAN, being duly sworn, states:

1. I am an attorney licensed to practice in the State of Minnesota and am one of the attorneys representing defendant Archer Daniels Midland Company in this litigation.

2. Attached as an exhibit hereto is a true and correct copy of the following document:

**Exhibit A** Slip op., In re Monosodium Glutamate Antitrust Litig., Four B Corp. v. Archer Daniels Midland Co., C.A. No. 03-2001-GTV (D. Minn. Nov. 3, 2003).

s/ Richard A. Duncan
Richard A. Duncan

Subscribed and sworn to before me this
17th day February, 2005.

s/ Lori T. Honse
Lori T. Honse
Notary Public, Minnesota
My Commission Expires January 31, 2010.

M1:1185410.01