**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2005, I caused the following document(s):

1) Defendant Archer Daniels Midland Company's Motion to Dismiss Based Upon the Statute of Limitations.
2) Defendant Archer Daniels Midland Company's Notice of Hearing of Motion to Dismiss Based Upon the Statute of Limitations.
3) Defendant Archer Daniels Midland Company's Memorandum in Support of its Motion to Dismiss.
4) Affidavit of Richard A. Duncan in Support of Defendant ADM's Motion to Dismiss.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- **Richard Alan Arnold**
  raa@knsacs.com
- **Dionne M Benson**
- **William J Blechman**
  wblechman@knsacs.com mbeaudry@knsacs.com
- **W Joseph Bruckner**
  wjbruckner@locklaw.com emsipe@locklaw.com;ctjohansen@locklaw.com
- **Craig S Coleman**
  ccoleman@faegre.com kdraves@faegre.com
- **John L Cuddihy**
  jcuddihy@wc.com
- **Joseph T Dixon, Jr**
  jdixon@hensonefron.com
- **Richard A Duncan**
  rduncan@faegre.com lhonse@faegre.com;rcox@faegre.com
- **Vernle C Durocher, Jr**
  durocher.skip@dorsey.com nelson.nancy@dorsey.com
- **Vincent J Esades**
  vesades@heinsmills.com
- **Karla M Gluek**
  kgluek@gustafsongluek.com
- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com
- **Samuel D Heins**
  jwestmoreland@heinsmills.com
- **W Patrick Judge**
  pjudge@briggs.com kbowen@briggs.com

- **Steven A Kanner**
  skanner@muchshelist.com dmillen@muchshelist.com,plucente@muchshelist.com
- **Daniel R Karon**
  karon@wkskg.com
- **Brent R Lindahl**
  blindahl@briggs.com
- **Michael A Lindsay**
  lindsay.michael@dorsey.com fairbairn.mary@dorsey.com
- **Richard A Lockridge**
  lockrra@locklaw.com emmonrm@locklaw.com;juellsl@locklaw.com
- **Susan E MacMenamin**
  smacmenamin@heinsmills.com jwestmoreland@heinsmills.com
- **Alan Hall Maclin**
  amaclin@briggs.com
- **Scott A Neilson**
  sneilson@hensonefron.com
- **Pamela I Perry**
  pip@knsacs.com
- **Eric A Ruzicka**
  ruzicka.eric@dorsey.com breymeier.dianna@dorsey.com
- **Guido Saveri**
  guido@saveri.com
- **John E Schmidtlein**
  jschmidtlein@wc.com
- **Heidi M Silton**
  hmsilton@locklaw.com juellsl@locklaw.com,pottehn@locklaw.com

Due to e-service upon Samuel D. Heins and Richard A. Lockridge, plaintiffs' lead and liaison counsel, no mail service to non-ECF participants is contemplated.

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable Paul A. Magnuson [magnuson_chambers@mnd.uscourts.gov]

and I certify that I caused a copy of the proposed order to be e-mailed to Samuel D. Heins and Richard A. Lockridge, plaintiffs' lead and liaison counsel.

Date: February 17, 2005

s/ Richard A. Duncan
Richard A. Duncan
Attorney #192983
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
rduncan@faegre.com

Attorney for Defendant Archer
Daniels Midland Company

M1:1185312.01