UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This Document Relates to:

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and MCC Menssing Chemiehandel & Consultants GmbH, and Newco Trading Co., on behalf of all others similarly situated,

Civil 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group, f/k/a/ Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.,

Defendants.

**DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND STANDING**

TO: Plaintiffs above-named, and their Co- Lead Counsel of record, Samuel D. Heins, Heins Mills & Olson, PLC, 80 South Eighth Street, Suite 3550, Minneapolis, Minnesota 55402, and Richard A. Lockridge, Lockridge Grindal Nauen, PLLP, 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401.

**PLEASE TAKE NOTICE** that on April 13, 2005, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Paul A. Magnuson, United States District Court

Judge, in Courtroom One of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, defendants, Ajinomoto, Co., Inc., Ajinomoto U.S.A., Inc., Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd., Kyowa Hakko Kogyo Co., Ltd., and Archer Daniels Midland Company (collectively "Defendants"), will move the Court, pursuant to Rule 12 of the Federal Rules of Civil Procedure, to dismiss the Amended Complaint for (1) lack of subject matter jurisdiction and for (2) failure to state a claim upon which relief may be granted because the Amended Complaint does not allege cognizable antitrust injury and antitrust standing. The motion will be made upon all the files, records and proceedings herein, the Memorandum of Law in Support and the arguments of counsel.

Dated: February 17, 2005

HENSON & EFRON, P.A.

By: s/Joseph T. Dixon, Jr.
Joseph T. Dixon, Jr. (#23139)
Scott A. Neilson (#239951)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: (612) 339-2500
Telecopier: (612) 339-6364

- and -

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Telecopier: (212) 354-8113

Attorneys for Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd.

William L. Greene (#198730)
Douglas R. Boettge (#237292)
LEONARD STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Telecopier: (612) 335-1657

- and -

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007

Attorneys for Kyowa Hukko Kogyo Co., Ltd.

Richard A. Duncan (#192983)
Craig S. Coleman (# 325491)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopier: (612) 766-1600

- and -

John E. Schmidtlein
John L. Cuddihy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telecopier: (202) 434-5029

Attorneys for Defendant Archer Daniels Midland Company

Michael A. Lindsay (#163466)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-7819
Telecopier: (612) 340-2868

- and -

Michael R. Lazerwitz
Steven Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1500
Telecopier: (202) 974-1999

Attorneys for Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.