UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In Re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — Civil 00-MD-1328 (PAM)

This Document Relates to:

---

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and Menssing Chemiehandel & Consultants GmbH (MCC), on behalf of all other similarly situated,

Plaintiffs,

v.

Ajinomoto Company, Inc.; Orsan S.A.; Cheil Jedang Corporation; C.J. America, : Inc., Miwon Co., Ltd.; Daesang America, Inc., Takeda Chemical Industries Ltd.; Kyowa Hakko Kogyo; and Tung Hai Fermentation Industrial Corp., n/k/a Vedan Enterprises Group,

Defendants.

Civil 03-2997 (PAM)

**DEFENDANTS CJ CORP, F/K/A CHEIL JEDANG CORPORATION, AND CJ AMERICA, INC.'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS**

---

TO: ALL PARTIES IN THE CAPTIONED ACTIONS AND THEIR ATTORNEYS OF RECORD

Please take notice that Defendants CJ Corp., f/k/a Cheil Jedang Corporation, and CJ America, Inc., hereby join in and adopt as their own defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing filed on February 17, 2005.

Dated: February 17, 2005.

s/Eric A Ruzicka

Skip Durocher (#0208966)
Eric A. Ruzicka (#0313373)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Telecopier: (612) 340-2807

Barry F. McNeil
Texas State Bar No. 13829500
Ronald W. Breaux
Texas State Bar No. 02937200
Jacqueline Shipchandler
Texas State Bar No. 24002396
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANT CJ CORP., F/K/A CHEIL JEDANG CORPORATION, AND CJ AMERICA, INC.**