UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — Civil 00-MD-1328 (PAM)

This Document Relates to:

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and Menssing Chemiehandel & Consultants GmbH (MCC), on behalf of all other similarly situated, — Civil 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Company, Inc.; Orsan S.A.; Cheil Jedang Corporation; C.J. America, Inc.,: Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries Ltd.; Kyowa Hakko Kogyo; and Tung Hai Fermentation Industrial Corp., n/k/a Vedan Enterprises Group,

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2005, I caused the following document:

> Defendants CJ Corp., f/k/a Cheil Jedang Corporation, and CJ America, Inc.'s Notice of Joinder in Defendants' Motion to Dismiss

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Richard Alan Arnold**
  raa@knsacs.com
- **William J Blechman**
  wblechman@knsacs.com mbeaudry@knsacs.com
- **W Joseph Bruckner**
  wjbruckner@locklaw.com emsipe@locklaw.com;ctjohansen@locklaw.com
- **Craig S Coleman**
  ccoleman@faegre.com kdraves@faegre.com
- **John L Cuddihy**
  jcuddihy@wc.com
- **Joseph T Dixon, Jr**
  jdixon@hensonefron.com
- **Richard A Duncan**
  rduncan@faegre.com lhonse@faegre.com;rcox@faegre.com
- **Vernle C Durocher, Jr**
  durocher.skip@dorsey.com nelson.nancy@dorsey.com
- **Vincent J Esades**
  vesades@heinsmills.com
- **Karla M Gluek**
  kgluek@gustafsongluek.com
- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com
- **Samuel D Heins**
  jwestmoreland@heinsmills.com
- **W Patrick Judge**
  pjudge@briggs.com kbowen@briggs.com
- **Steven A Kanner**
  skanner@muchshelist.com dmillen@muchshelist.com,plucente@muchshelist.com

- **Daniel R Karon**
karon@wkskg.com

- **Brent R Lindahl**
blindahl@briggs.com

- **Michael A Lindsay**
lindsay.michael@dorsey.com fairbairn.mary@dorsey.com

- **Richard A Lockridge**
lockrra@locklaw.com emmonrm@locklaw.com;juellsl@locklaw.com

- **Susan E MacMenamin**
smacmenamin@heinsmills.com jwestmoreland@heinsmills.com

- **Alan H Maclin**
amaclin@briggs.com

- **Scott A Neilson**
sneilson@hensonefron.com

- **Pamela I Perry**
pip@knsacs.com

- **Eric A Ruzicka**
ruzicka.eric@dorsey.com breymeier.dianna@dorsey.com

- **Guido Saveri**
guido@saveri.com

- **John E Schmidtlein**
jschmidtlein@wc.com

- **Heidi M Silton**
hmsilton@locklaw.com juellsl@locklaw.com,pottehn@locklaw.com

Due to e-service upon Samuel D. Heins and Richard A. Lockridge, plaintiffs' co-lead and liaison counsel, no mail service to non-ECF participants is contemplated.

s/Eric A. Ruzicka

Eric A. Ruzicka (#0313373)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Telecopier: (612) 340-8800
ruzicka.eric@dorsey.com

**ATTORNEYS FOR DEFENDANT CJ CORP., F/K/A CHEIL JEDANG CORPORATION, AND CJ AMERICA, INC.**