**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

MDL 00-1328

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

**AFFIDAVIT OF HEIDI M. SILTON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND STANDING**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Heidi M. Silton, being first duly sworn upon oath, states:

1. I am a partner with Lockridge Grindal Nauen P.L.L.P., one of the firms named Co-Lead Counsel for Plaintiffs in this matter. I submit this affidavit in support of Plaintiffs' Memorandum of Law in Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing.

2. Attached as Exhibit 1 is a true and correct copy of the European Commission press release "Commission fines Ajinomoto, Cheil and Daesang in Food Flavour Enhancers (nucleotides) Cartel", dated December 17, 2002.

3. Attached as Exhibit 2 is a true and correct copy of the Plea Agreement in *United States of America v. Ajinomoto Co., Inc.*, Crim. No. 301-CR-279-M, (N.D. Tex.), dated August 27, 2001.

4. Attached as Exhibit 3 is a true and correct copy of the Brief *Amici Curiae* of Professors Darren Bush, John M. Connor, John J. Flynn, Shubha Ghosh, Warren Grimes, Joseph E. Harrington, Jr., Norman Hawker, Robert Lande, William G. Shepard and Steven Semeraro in Support of Respondents in *F. Hoffmann-LaRoche, Ltd., et al. v. Empagran S.A., et al.*, No. 03-724, dated March 15, 2004.

5. Attached as Exhibit 4 is a true and correct copy of the Brief of *Amici Curiae* Economists Joseph E. Stiglitz and Peter R. Orszag in Support of Respondents in *F. Hoffmann-LaRoche, Ltd., et al. v. Empagran S.A., et al.*, No. 03-724, dated March 15, 2004.

6. Attached as Exhibit 5 is a true and correct copy of the Brief for Certain Professors of Economics as *Amici Curiae* in Support of Respondents in *F. Hoffmann-LaRoche, Ltd., et al. v. Empagran S.A., et al.*, No. 03-724, dated March 15, 2004.

7. Attached as Exhibit 6 is a true and correct copy of the docket sheet in *In Re: Dow Chemical Co.*, 04-4802 (2nd Cir.).

8. Attached as Exhibit 7 is a true and correct copy of Ved P. Nanda and David K. Pansius, 1 Litigation of Int'l Disputes in U.S. Courts § 5:13.

9. Attached as Exhibit 8 is a true and correct copy of the U.S. Department of Justice and Federal Trade Commission "Antitrust Enforcement Guidelines for International Operations", dated April 1995.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the Foreign Trade Antitrust Improvements Act of 1982, Report No. 97-686, dated August 2, 1982.

11. Attached as Exhibit 10 is a true and correct copy of excerpts of the Testimony of Martin F. Connor for Foreign Trade Antitrust Improvements Act, Hearings on H.R. 2326, Before the Subcommittee On Monopolies and Commercial Law of the Committee on the Judiciary, 97th Congress, dated 1981.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the Statement of the Business Roundtable for Foreign Trade Antitrust Improvements Act, Hearings on S-795, Before the Committee on the Judiciary, 97th Congress, dated June 17, 1981.

13. Attached as Exhibit 12 is a true and correct copy of James M. Griffin speech "Key Challenges in Public Enforcement Against International Cartels", dated May 2002.

14. Attached as Exhibit 13 is a true and correct copy of U.S. Department of Justice press release "Assistant Attorney General for Antitrust, R. Hewitt Pate, Issues Statement on Enhancement of Antitrust Criminal Penalty Enhancement and Reform Act of 2004", dated June 23, 2004.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of Kurt Rudolf Mirow and Harry Maurer "Webs of Power, International Cartels and the World Economy", dated 1982.

16. Attached as Exhibit 15 is a true and correct copy of Scott D. Hammond's speech "Lessons Common to Detecting and Deterring Cartel Activity" on September 12, 2000.

17. Attached as Exhibit 16 is a true and correct copy of William J. Kolasky, "Antitrust Compliance Programs: The Government Perspective" on July 12, 2002.

18. Attached as Exhibit 17 is a true and correct copy of the OECD "Report on the Nature and Impact of Hard Core Cartels and Sanctions Against Cartels Under National Competition Laws", dated April 9, 2002.

19. Attached as Exhibit 18 is a true and correct copy of the International Competition Policy Advisory Committee Final Report to the Attorney General and Assistant Attorney General for Antitrust in 2000.

20. Attached as Exhibit 19 is a true and correct copy of excerpts of the Statement of James A. Rahl for Foreign Trade Antitrust Improvements Act, Hearings on H.R. 2326, Before the Subcommittee On Monopolies and Commercial Law of the Committee on the Judiciary, 97th Congress, dated 1981.

21. Attached as Exhibit 20 is a true and correct copy of Fordham Law Review "International Antitrust Policy and the 1982 Acts: The Continuing Need for Reassessment", 51 Fordham L. Rev. 201, dated November 1982.

22. Attached as Exhibit 21 is a true and correct copy of excerpts of Barry E. Hawk, "U.S. Common Markets & International Antitrust Laws, 1996-1 Supplement".

23. Attached as Exhibit 22 is a true and correct copy of excerpts of Eleanor M. Fox, "Antirust in a Global Environment: Conflicts and Resolutions: Harmonization of Law and Procedures in a Globalized World: Why, What and How?", 60 Antitrust L.J. 593, dated August 1991.

24. Attached as Exhibit 23 is a true and correct copy of R. Hewitt Pate "Anti-Cartel Enforcement: The Core Antitrust Mission", dated May 16, 2003.

25. Attached as Exhibit 24 is a true and correct copy of R. Edward Price, "Foreign Blocking Statutes and the GATT: State Sovereignty and the Enforcement of the U.S. Economic Laws Abroad", 28 GW J Int'l & Econ. 315, dated 1995.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Heidi M. Silton
Heidi M. Silton

Subscribed and sworn to before me
this 17th day of March, 2005.

s/Heather N. Potteiger
Notary Public - Minnesota
My commission expires: 01-31-2010