**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

MDL 00-1328

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2005, I caused a copy of

1. Plaintiffs' Memorandum of Law in Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing;

2. Affidavit of Heidi M. Silton with attached Exhibits 1-24; and

3. Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Richard A. Arnold<br>raa@knsacs.com | William J. Blechman<br>wblechman@knsacs.com;<br>mbeaudry@knsacs.com |
| Lawrence Byrne<br>lbyrne@whitecase.com | Craig S. Coleman<br>ccoleman@faegre.com; kdraves@faegre.com |

Lance Croffoot-Suede
lcroffoot-suede@whitecase.com

John L. Cuddihy
jcuddihy@wc.com

Joseph T. Dixon, Jr.
jdixon@hensonefron.com;
dnieuwenhuis@hensonefron.com

Richard A. Duncan
rduncan@faegre.com; lhonse@faegre.com;
rcox@faegre.com

Vernle C. Durocher, Jr.
durocher.skip@dorsey.com;
nelson.nancy@dorsey.com

Vincent J. Esades
vesades@heinsmills.com

Karla M. Gluek
kgluek@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Ruth E. Harlow
rharlow@whitecase.com

Samuel D. Heins
jwestmoreland@heinsmills.com

W. Patrick Judge
pjudge@briggs.com
kbowen@briggs.com

Steven J. Kaiser
skaiser@cgsh.com

Steven A. Kanner
skanner@muchshelist.com ;
dmillen@muchshelist.com ;
plucente@muchshelist.com

Daniel R. Karon
karon@wkskg.com

Michael R. Lazerwitz
mlazerwitz@cgsh.com

Brent R. Lindahl
blindahl@briggs.com

Michael A. Lindsay
lindsay.michael@dorsey.com ;
fairbairn.mary@dorsey.com

Susan E. MacMenamin
smacmenamin@heinsmills.com
jwestmoreland@heinsmills.com

Alan H. Maclin
amaclin@briggs.com

Scott A. Neilson
sneilson@hensonefron.com

Pamela I. Perry
pip@knsacs.com

Eric A. Ruzicka
ruzicka.eric@dorsey.com;
breymeier.dianna@dorsey.com

Guido Saveri
guido@saveri.com

John E. Schmidtlein
jschmidtlein@wc.com

I also certify that I caused a copy of the foregoing documents and the Notices of Electronic Filing to be served by first class U.S. mail, postage prepaid, to the following non-ECF participants:

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

William L. Greene
Douglas R. Boettge
LEONARD STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402

Jon S. Swierzewski
LARKIN HOFFMAN DALY
& LINDGREN, LTD.
1500 Wells Fargo Center
7900 Xerxes Ave S
Bloomington, MN 55431

Barry F. McNeil
Ronald W. Breaux
Jacqueline Shipchandler
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Richard B. Pacella
LAW OFFICES OF
RICHARD B. PACELLA
Three New York Plaza
New York, NY 10004

Dated: March 17, 2005

_s/Heidi M. Silton_____________
Heidi M. Silton (#025759X)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

**PLAINTIFFS' CO-LEAD COUNSEL**