**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Inquivosa, S.A., *et al.*, Plaintiffs, v. Ajinomoto Co., Inc., *et al.*, Defendants. | MDL No. 00-1328<br>Civil Action No. 03-2997 (PAM) |

**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANT ARCHER DANIELS MIDLAND COMPANY**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs Inquivosa S.A., Petbowe Chemtrade Corp., Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH, and Newco Trading Co. (collectively, "Plaintiffs"), hereby dismiss with prejudice all claims asserted against defendant Archer Daniels Midland Company ("ADM") in Plaintiffs' Consolidated and Amended Class Action Complaint. The filing of this Notice of Dismissal is without prejudice to Plaintiffs' claims against the other defendants in this action.

Dated: March 17, 2005

HEINS MILLS & OLSON, P.L.C.

By: s/ Susan E. MacMenamin

Samuel D. Heins (# 43576)
Susan E. MacMenamin (# 0304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-4605

LOCKRIDGE GINDAL NAUEN P.L.L.P.

By: s/ Heidi M. Silton
Richard A. Lockridge (# 64117)
Heidi M. Silton (# 025759X)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900

Plaintiffs' Co-Lead Counsel