**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

MDL 00-1328

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2005, I caused a copy of

1. Plaintiffs' Notice of Dismissal with Prejudice as Against Defendant Archer Daniels Midland Company

2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard A. Arnold
raa@knsacs.com

William J. Blechman
wblechman@knsacs.com;
mbeaudry@knsacs.com

Lawrence Byrne
lbyrne@whitecase.com

Craig S. Coleman
ccoleman@faegre.com; kdraves@faegre.com

Lance Croffoot-Suede
lcroffoot-suede@whitecase.com

John L. Cuddihy
jcuddihy@wc.com

Joseph T. Dixon, Jr.
jdixon@hensonefron.com;
dnieuwenhuis@hensonefron.com

Richard A. Duncan
rduncan@faegre.com; lhonse@faegre.com;
rcox@faegre.com

Vernle C. Durocher, Jr.
durocher.skip@dorsey.com;
nelson.nancy@dorsey.com

Vincent J. Esades
vesades@heinsmills.com

Karla M. Gluek
kgluek@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Ruth E. Harlow
rharlow@whitecase.com

Samuel D. Heins
jwestmoreland@heinsmills.com

W. Patrick Judge
pjudge@briggs.com
kbowen@briggs.com

Steven J. Kaiser
skaiser@cgsh.com

Steven A. Kanner
skanner@muchshelist.com ;
dmillen@muchshelist.com ;
plucente@muchshelist.com

Daniel R. Karon
karon@wkskg.com

Michael R. Lazerwitz
mlazerwitz@cgsh.com

Brent R. Lindahl
blindahl@briggs.com

Michael A. Lindsay
lindsay.michael@dorsey.com ;
fairbairn.mary@dorsey.com

Susan E. MacMenamin
smacmenamin@heinsmills.com
jwestmoreland@heinsmills.com

Alan H. Maclin
amaclin@briggs.com

Scott A. Neilson
sneilson@hensonefron.com

Pamela I. Perry
pip@knsacs.com

Eric A. Ruzicka
ruzicka.eric@dorsey.com;
breymeier.dianna@dorsey.com

Guido Saveri
guido@saveri.com

John E. Schmidtlein
jschmidtlein@wc.com

I also certify that I caused a copy of the foregoing documents and the Notices of Electronic Filing to be served by first class U.S. mail, postage prepaid, to the following non-ECF participants:

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

William L. Greene
Douglas R. Boettge
LEONARD STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402

Jon S. Swierzewski
LARKIN HOFFMAN DALY
& LINDGREN, LTD.
1500 Wells Fargo Center
7900 Xerxes Ave S
Bloomington, MN 55431

Barry F. McNeil
Ronald W. Breaux
Jacqueline Shipchandler
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Richard B. Pacella
LAW OFFICES OF
RICHARD B. PACELLA
Three New York Plaza
New York, NY 10004

Dated: March 17, 2005

s/Susan E. MacMenamin
Susan E. MacMenamin (# 0304396)
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**