UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This Document Relates to:

---

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; and MCC Menssing Chemiehandel & Consultants GmbH, and Newco Trading Co., on behalf of all others similarly situated,

Civil 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group, f/k/a/ Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.,

Defendants.

---

**AFFIDAVIT OF JOSEPH T. DIXON, JR.**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

JOSEPH T. DIXON, JR., being first duly sworn on oath, states:

1. I am a shareholder with Henson & Efron, P.A., one of the firms representing defendant Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd. I submit this

affidavit in support of defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing.

2. Attached hereto as Exhibit A is a true and correct copy of the Brief for the United States and the Federal Trade Commission as *Amici Curiae* in Support of Defendants-Appellees in Response to Court Order of November 22, 2004, in *Empagran, S.A., et al. v. F. Hoffmann-Laroche, Ltd., et al.*, No. 01-7115, dated February 16, 2005.

3. Attached here to as Exhibit B is a true and correct copy of the Brief of the Federal Republic of Germany, United Kingdom of Great Britain and Northern Ireland, Japan, The Swiss Confederation, and the Kingdom of the Netherlands as *Amici Curiae* in Support of Defendants-Appellees in *Empagran, S. A., et al., v. F. Hoffman-LaRoche Ltd, et al.*, dated February 16, 2005.

FURTHER AFFIANT SAITH NOT.

s/Joseph T. Dixon, Jr.
JOSEPH T. DIXON, JR.

Subscribed and sworn to before me
this 31st day of March, 2005

s/Denise Nieuwenhuis
Notary Public

My commission expires - January 31, 2009