# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: Monosodium Glutamate<br>Civil 00-MD-1328 PAM<br><br>Inquivosa SA, et al,<br>Plaintiff,<br><br>v.<br><br>Ajinomoto Co., et al,<br><br>Defendant. | ) | **COURT MINUTES**<br>BEFORE: Paul A. Magnuson<br>U.S. District Judge<br><br>Case No: Civil 03-2997 PAM<br>Date: April 13, 2005<br>Court Reporter: Julie Rixe<br>Time Commenced: 9:30 a.m.<br>Time Concluded: 10:30 a.m.<br>Time in Court: 1 Hours & Minutes |

Hearing on: **Defts' Motion to Dismiss**

APPEARANCES:

Plaintiff: Richard Lockridge, Heidi Silton, Susan McMenamin, Joseph Bruckner
Defendant: Joseph Dixon, Ruth Harlow, Michael Lindsay, Michael Lazerwitz, Christopher Roberts, William, Greene, Lance Croffoot-Suede, Jacqueline Shipchandler, Alan Maclin

PROCEEDINGS: Motion argued and taken under advisement

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Suzanne M. Ruiz
Calendar Clerk