**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

MDL 00-1328

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

**STIPULATION FOR EXTENSION OF TIME**

This Stipulation is made by and between plaintiffs in the above-captioned case and defendants Miwon Co., Ltd. and Daesang America, Inc. ("Daesang Defendants").

1. Daesang Defendants shall have an extension of time through and including June 15, 2005 in which to move, answer, or otherwise plead in response to the Consolidated and Amended Class Action Complaint herein.

2. The Court may enter an appropriate order so providing.

Dated: May 11, 2005

**LOCKRIDGE GRINDAL NAUEN P.L.L.P**

By:______________________________

Richard A. Lockridge (#64117)
Heidi M. Silton (#25759X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**HEINS MILLS & OLSON, P.L.C.**

By:______________________________

Samuel D. Heins (#43576)
Susan E. MacMenamin (#030436)
3550 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated: May 11, 2005

**BRIGGS AND MORGAN, P.A.**

By:______________________________

Alan H. Maclin (#66102)
W. Patrick Judge (#202721)
2200 IDS Center
Minneapolis, MN 55402
(612) 977-8400

**LAW OFFICES OF RICHARD B. PACELLA**

Richard B. Pacella
Three New York Plaza
New York, NY 10004
(212) 509-4600

**ATTORNEYS FOR DEFENDANT DAESANG AMERICA, INC.**