IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

MDL Docket No. 00-1328 (PAM/JGL)

---

This document relates to: Inquivosa, S.A., v. Ajinomoto Co., Inc., et al, Civ. No. 03-2997

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2005, I caused the following documents:

*<u>Stipulation for Extension of Time</u>*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| *William M. Blechman* | *wblechman@knsacs.com*, *mbeaudry@knsacs.com* |
| *Richard Alan Arnold* | *raa@knsacs.com* |
| *W. Joseph Bruckner* | *wjbruckner@locklaw.com*; *emsipe@locklaw.com*; *ctjohansen@locklaw.com* |
| *Lawrence Byrne* | *lbyrne@whitecase.com* |
| *Craig S. Coleman* | *ccoleman@faegre.com*; *kdraves@faegre.com* |
| *Lance Croffoot-Suede* | *lcroffoot-suede@whitecase.com* |
| *John L. Cuddihy* | *jcuddihy@wc.com* |
| *Joseph T. Dixon, Jr.* | *jdixon@hensonefron.com*; *dnieuwenhuis@hensonefron.com* |
| *Richard A. Duncan* | *rduncan@faegre.com*; *lhonse@faegre.com*; *rcox@faegre.com* |
| *Vernle C. Durocher, Jr.* | *durocher.skip@dorsey.com*; *nelson.nancy@dorsey.com* |
| *Vincent J. Esades* | *vesades@heinsmills.com* |
| *Karla M. Gluek* | *kgluek@gustafsongluek.com* |
| *Daniel E. Gustafson* | *dgustafson@gustafsongluek.com* |
| *Ruth E. Harlow* | *rharlow@whitecase.com* |
| *Samuel D. Heins* | *sheins@heinsmills.com*; *jwestmoreland@heinsmills.com* |
| *Steven J. Kaiser* | *skaiser@cgsh.com* |
| *Steven A. Kanner* | *skanner@muchshelist.com*; *dmillen@muchshelist.com*; *plucente@muchshelist.com* |
| *Daniel R. Karon* | *karon@wkskg.com* |
| *Michael Lazerwitz* | *mlazerwitz@cgsh.com* |
| *Michael A. Lindsay* | *lindsay.michael@dorsey.com*; *fairbairn.mary@dorsey.com* |

| | |
|---|---|
| *Richard A. Lockridge* | *lockrra@locklaw.com; emmonrm@locklaw.com juellsl@locklaw.com* |
| *Susan E. MacMenamin* | *smacmenamin@heinsmills.com* |
| *Scott A. Neilson* | *sneilson@hensonefron.com cfisher@hensonefron.com* |
| *Pamela I. Perry* | *pip@knsacs.com* |
| *Christopher V. Roberts* | *christopher.roberts@weil.com* |
| *Eric A. Ruzicka* | *ruzicka.eric@dorsey.com; breymeier.dianna@dorsey.com* |
| *Guido Saveri* | *guido@saveri.com* |
| *John E. Schmidtlein* | *jschmidtlein@wc.com* |
| *Heidi M. Silton* | *hmsilton@locklaw.com; pottehn@locklaw.com* |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge:

*Sr. Judge Paul A. Magnuson* *Magnuson_chambers@mnd.uscourts.gov*

I further certify that I caused the proposed order to be e-mailed the recipients as listed above.

Dated: May 11, 2005

**s/ Alan H. Maclin**
Alan H. Maclin (#66102)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402