UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

---

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United States District Court for the District of Minnesota presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international judicial assistance to effect Service of Process to be used in a civil proceeding before this Court in the above-captioned matter.

## I. Request for International Judicial Assistance

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Amended Consolidated Class Action Complaint and Certified Translations on the following corporation:

Tung Hai Fermentation Industrial Corporation
now known as Vedan Enterprises Group
65 Hsin An Road
Shalu, Taichung, Taiwan
Telephone: 866-4-26622111
Facsimile: 866-4-26626505

SCANNED
MAY 1 8 2005
U.S. DISTRICT COURT MPLS

This Court requests that the Appropriate Judicial Authority of Taiwan serve the Amended Consolidated Class Action Complaint and Certified Translations by personal

service into the hands of a director, managing agent, or other person authorized to accept service, or in a manner of service consistent with the laws of Taiwan.

## II. Facts of the Case

This civil case is a class action brought on behalf of foreign purchasers of monosodium glutamate and nucleotides against manufacturers of those substances. The foreign purchasers allege that during the period from January 1, 1984 through November 1, 1999, the manufacturers — including Tung Hai Industrial Corporation (now known as Vedan Enterprises Group) — violated the Sherman Act, 15 U.S.C. § 1, by conspiring to raise, fix, and maintain prices they charged for monosodium glutamate and/or nucleotides. The foreign purchasers also allege that the resultant prices paid by the foreign purchasers were higher than they would have been if the manufacturers had competed. The foreign purchasers seek to recover damages caused by this alleged price fixing and for injunctive relief.

## III. Reciprocity and Reimbursement of Costs

This Court is willing to provide similar assistance to the judicial authorities of Taiwan. In addition, the United States District Court for the District of Minnesota will require Plaintiffs and their counsel to reimburse the judicial authorities of Taiwan for costs incurred in executing this letter rogatory in the amount not to exceed $2,500.00.

## IV. Additional Time to Answer

Acknowledging that additional time may be needed to prepare and file an Answer to

the Amended Consolidated Class Action Complaint, this Court extends the time period for answering to forty-five days after service.

Dated: May 17, 2005

Paul A. Magnuson
United States District Court Judge

I, Richard D. Sletten, Clerk of this United States District Court, keeper of the records and seal, certify that the Honorable named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name and affix the seal of this Court, in Minnesota.

dated: 5.19.05

Richard D. Sletten Clerk

I, a Judicial Officer of this Court, certify that Richard D. Sletten, named above, is and was on the date noted, Clerk of this Court duly appointed and sworn, and keeper of the records and seal.

dated: May 19, 2005

US District Judge

SCANNED
MAY 20 2005
U.S. DISTRICT COURT MPLS