UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Monosodium Glutamate Antitrust Litigation

Civil File No. 00-MDL-1328 (PAM)

## ORDER TO APPOINT SPECIAL PROCESS SERVER TO SERVE A CORPORATION IN A FOREIGN COUNTRY

This matter is before the Court on Plaintiffs' Request for International Judicial Assistance (Letter Rogatory). Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Process Forwarding International is appointed Special Process Server for the purpose of serving process on Defendant Tung Hai Fermentation Industrial Corporation (now known as Vedan Enterprises Group) in Taiwan by delivering a copy of the Consolidated and Amended Class Action Complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by mailing a copy to Defendant.

Dated: May 17, 2005

Paul A. Magnuson
United States District Court Judge

SCANNED
MAY 18 2005
U.S. DISTRICT COURT MPLS