**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of all others similarly situated,

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko KogyoCo., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.

Defendants.

MDL 00-1328

**WAIVER OF SERVICE OF SUMMONS AND COMPLAINT**

I acknowledge receipt of your request that I waive service of the summons and complaint in this action of *Inquivosa S.A., et al. v. Ajinomoto Co., Inc., et al.*, which is case number MDL 00-1328, in the United States District Court for the District of Minnesota. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served

upon you within 60 days of May 17, 2005 or within 90 days of that date if the request was sent outside the United States.

Dated: May 18, 2005

By: [signature]
Signature
Printed/Typed Name Michael R. Lazerwitz

[as OUTSIDE COUNSEL ]

[of Orsan S.A. n/k/a Ajinomoto Europe SA S.A.S.]



05/17/2005 13:19 FAX 6123390981 Lockridge 005