**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

**Civil 00-MD-1328 (PAM)**

This document relates to:

Inquivosa S.A., et al.,

Plaintiffs,

v.

Ajinomoto Company, Inc., et al.,

Defendants.

**Civil 03-2997 (PAM)**

**ORDER**

Based on the stipulation of counsel filed herein, defendants, without waiver of any defenses, shall have through and including August 15, 2005, to respond to the Consolidated and Amended Class Action Complaint in this matter.

Dated: June 28, 2005

s/Paul A. Magnuson
Paul A. Magnuson
Senior District Judge