UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This Document Relates to:

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of all others similarly situated,

Civil 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group, f/k/a/ Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.,

Defendants.

**DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S DECISION ON THE MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**

Defendants, Ajinomoto Co., Inc., Ajinomoto U.S.A., Inc., Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd., Kyowa Hakko Kogyo Co.,

Ltd., CJ Corp. f/k/a Cheil Jedang Corporation and CJ America Inc. (collectively "Defendants"), move this Court for reconsideration of its decision and order dated May 2, 2005 denying Defendants' motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendants seek entry of an order granting their motion for reconsideration and dismissing the Consolidated and Amended Class Action Complaint dated November 15, 2004 for lack of subject-matter jurisdiction. This motion is made upon all the files, records and proceedings herein and the Memorandum of Law in Support. Defendants further move the Court for such other and further relief as the Court may deem just and equitable.

Dated: July 28, 2005

HENSON & EFRON, P.A.

By: S/ Joseph T. Dixon, Jr.
Joseph T. Dixon, Jr. (#23139)
Scott A. Neilson (#239951)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: (612) 339-2500
Telecopier: (612) 339-6364

- and -

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
Martin S. Bloor
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Telecopier: (212) 354-8113

Attorneys for Defendant Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd.

William L. Greene (#198730)
Douglas R. Boettge (#237292)
LEONARD STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Telecopier: (612) 335-1657

- and -

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007

Attorneys for Defendant Kyowa Hakko Kogyo Co., Ltd.

Skip Durocher (#0208966)
Eric A. Ruzicka (#0313373)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Telecopier: (612) 340-2807

- and -

Barry F. McNeil
Texas State Bar No. 13829500
Ronald W. Breaux
Texas State Bar No. 02937200
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

Attorneys for Defendants CJ Corp. f/k/a Cheil Jedang Corporation and CJ America Inc.

Michael A. Lindsay (#163466)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-7819
Telecopier: (612) 340-2868

- and -

Michael R. Lazerwitz
Steven Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1500
Telecopier: (202) 974-1999

Attorneys for Defendant Ajinomoto Co., Inc. and Ajinomoto U.S.A., Inc.