UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This Document Relates to:

---

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of all others similarly situated,

Civil 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group, f/k/a/ Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.,

Defendants.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 28, 2005, I caused the following documents:

**Defendants' Motion For Reconsideration Of The Court's Decision On The Motion To Dismiss For Lack of Subject-Matter Jurisdiction;**

**Memorandum Of Law In Support Of Defendants' Motion For Reconsideration Of The Court's Decision On The Motion To Dismiss For Lack of Subject-Matter Jurisdiction;**

**Certificate of Compliance; and**

**Certificate of Service**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kenneth L Adams
  adamsk@dsmo.com
- Richard Alan Arnold
  raa@knsacs.com
- William J Blechman
  wblechman@knsacs.com; mbeaudry@knsacs.com
- W Joseph Bruckner
  bruckwj@locklaw.com; sipeem@locklaw.com; johanct@locklaw.com
- Lawrence Byrne
  lbyrne@whitecase.com
- Craig S Coleman
  ccoleman@faegre.com; kdraves@faegre.com
- Lance Croffoot-Suede
  lcroffoot-suede@whitecase.com
- John L Cuddihy
  jcuddihy@wc.com
- Joseph T. Dixon, Jr.
  jdixon@hensonefron.com
- Richard A Duncan
  rduncan@faegre.com; lhonse@faegre.com; rcos@faegre.com
- Vernle C Durocher, Jr
  durocher.skip@dorsey.com; nelson.nancy@dorsey.com
- Vincent J Esades
  vesades@heinsmills.com
- Karla M Gluek
  kgluek@gustafsongluek.com
- Daniel E Gustafson
  dgustafson@gustafsongluek.com
- Ruth Harlow
  rharlow@whitecase.com

- Samuel D Heins
  jwestmoreland@heinsmills.com

- W Patrick Judge
  pjudge@briggs.com kbowen@briggs.com

- Steven J Kaiser
  skaiser@cgsh.com

- Steven A Kanner
  skanner@muchshelist.com; dmillen@muchshelist.com; plucent@muchshelist.com

- Daniel R Karon
  karon@wkskg.com

- Michael R Lazerwitz
  mlazerwitz@cgsh.com

- Brent R Lindahl
  blindahl@briggs.com

- Michael A. Lindsay
  lindsay.michael@dorsey.com; fairbairn.mary@dorsey.com

- Richard A Lockridge
  lockrra@locklaw.com; emmonrm@locklaw.com; juellsl@locklaw.com

- Susan E MacMenamin
  smacmenamin@heinsmills.com; jwestmoreland@heinsmills.com

- Alan Hall Maclin
  amaclin@briggs.com

- Scott A Neilson
  sneilson@hensonefron.com

- Pamela I Perry
  pip@knsacs.com

- Christopher V Roberts
  Christopher.roberts@weil.com

- Eric A Ruzicka
  ruzicka.eric@dorsey.com; breymeier.dianna@dorsey.com

- Paul D Sarkozi
  pdsarkozi@hhlaw.com

- Guido Saveri

guido@saveri.com

- John E Schmidtlein
  jschmidtlein@wc.com

- Heidi M Silton
  hmsilton@locklaw.com; juellsl@locklaw.com; pottehn@locklaw.com

Due to e-service upon Samuel D. Heins and Richard A. Lockridge, plaintiffs' co-lead and liaison counsel, no mail service to non-ECF participant plaintiff counsel is contemplated.

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Honorable Paul A. Magnuson [magnuson_chambers@mnd.uscourts.gov]

and I certify that I caused a copy of the proposed order to be e-mailed to Samuel D. Heins and Richard A. Lockridge, plaintiffs' co-lead and liaison counsel, and known local counsel for defendants.

HENSON & EFRON, P.A.

Dated: July 28, 2005.

S/Joseph T. Dixon, Jr.

Joseph T. Dixon, Jr., 23139
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500
Telecopier: 612-339-6364

Attorneys for Defendant Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd.