**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION | MDL 00-1328 |
| This Document Relates to: | |
| Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; and Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.<br><br>Defendants. | Civil No. 03-2997 (PAM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2005, I caused a copy of

1. Plaintiffs' Unopposed Motion for Modification of Briefing Schedule; and

2. Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Kenneth L. Adams<br>adamsk@dsmo.com | Richard A. Arnold<br>raa@knsacs.com |

| | |
|---|---|
| William J. Blechman<br>wblechman@knsacs.com;<br>mbeaudry@knsacs.com | Douglas R. Boettge<br>Douglas.boettge@leonard.com<br>tiffany.johnson@leonard.com |
| Lawrence Byrne<br>lbyrne@whitecase.com | Craig S. Coleman<br>ccoleman@faegre.com<br>kdraves@faegre.com |
| Lance Croffoot-Suede<br>lcroffoot-suede@whitecase.com | John L. Cuddihy<br>jcuddihy@wc.com |
| Joseph T. Dixon, Jr.<br>jdixon@hensonefron.com<br>dnieuwenhuis@hensonefron.com | Richard A. Duncan<br>rduncan@faegre.com<br>lhonse@faegre.com<br>rcox@faegre.com |
| Vernle C. Durocher, Jr.<br>durocher.skip@dorsey.com<br>nelson.nancy@dorsey.com | Vincent J. Esades<br>vesades@heinsmills.com |
| Karla M. Gluek<br>kgluek@gustafsongluek.com | Daniel E. Gustafson<br>dgustafson@gustafsongluek.com |
| Ruth E. Harlow<br>rharlow@whitecase.com | Samuel D. Heins<br>sheins@heinsmills.com<br>jwestmoreland@heinsmills.com |
| W. Patrick Judge<br>pjudge@briggs.com<br>kbowen@briggs.com | Steven J. Kaiser<br>skaiser@cgsh.com |
| Steven A. Kanner<br>skanner@muchshelist.com<br>dmillen@muchshelist.com<br>plucente@muchshelist.com | Robert N. Kaplan<br>rkaplan@kaplanfox.com |
| Daniel R. Karon<br>karon@wkskg.com | Michael R. Lazerwitz<br>mlazerwitz@cgsh.com |
| Brent R. Lindahl<br>blindahl@briggs.com | Michael A. Lindsay<br>lindsay.michael@dorsey.com<br>fairbairn.mary@dorsey.com |

| | |
|---|---|
| Susan E. MacMenamin<br>smacmenamin@heinsmills.com<br>jwestmoreland@heinsmills.com | Alan H. Maclin<br>amaclin@briggs.com |
| Scott A. Neilson<br>sneilson@hensonefron.com | Pamela I. Perry<br>pip@knsacs.com |
| Christopher V. Roberts<br>christopher.roberts@weil.com | Eric A. Ruzicka<br>ruzicka.eric@dorsey.com<br>breymeier.dianna@dorsey.com |
| Guido Saveri<br>guido@saveri.com | John E. Schmidtlein<br>jschmidtlein@wc.com |
| Renae D. Steiner<br>rsteiner@gustafsongluek.com | |

I also certify that I caused a copy of the foregoing documents and the Notices of Electronic Filing to be served in the manner specified, to the following non-ECF participants:

| | |
|---|---|
| **VIA U.S. FIRST-CLASS MAIL**<br>Barry F. McNeil<br>Ronald W. Breaux<br>Jacqueline Shipchandler<br>HAYNES AND BOONE, LLP<br>901 Main Street, Suite 3100<br>Dallas, TX 75202-3789 | **VIA U.S. FIRST-CLASS MAIL**<br>Richard B. Pacella<br>LAW OFFICES OF<br>RICHARD B. PACELLA<br>Three New York Plaza<br>New York, NY 10004 |
| **VIA FACSIMILE**<br>**(886-4)26626505 and (886-4)26627351**<br>Vedan Enterprises Group<br>f/k/a Tung Hai Fermentation Industrial Corp.<br>65 Hsin An Road,<br>Shalu, Taichung Hsien, Taiwan | |

I further certify that I caused a copy of the Proposed Order [Plaintiffs' Unopposed Motion for Modification of Briefing Schedule], which was separately e-mailed to Judge Paul A. Magnuson pursuant to Section G.2 of the Electronic Case Filing Procedures for this District, to be delivered to all of the parties detailed above in the same manner as service of the documents filed with the Court.

Dated: August 2, 2005

s/Heidi M. Silton

Heidi M. Silton (#025759X)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

**PLAINTIFFS' CO-LEAD COUNSEL**