# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**IN RE MONOSUDIUM GLUTAMATE ANTITRUST LITIGATION**

**Case Number: 00-MD-1328 (PAM)**

**This Document Relates to:**

**Inquivosa S.A., et al.,**

**Plaintiffs,**

**v.**

**Ajinomoto Co., Inc., et al.**

**Defendants.**

**Case Number: 03-CV-2997 (PAM)**

**Plaintiffs' Memorandum of Law in Response to Defendants' Motion for Reconsideration of the Court's Decision on the Motion to Dismiss for Lack of Subject-Matter Jurisdiction; with Certificate of Compliance with LR 7.1**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Plaintiffs' Memorandum of Law in Response to Defendants' Motion for Reconsideration of the Court's Decision on the Motion to Dismiss for Lack of Subject-Matter Jurisdiction; with Certificate of Compliance with Local Rule 7.1**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: 29)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).