**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — MDL 00-1328

This Document Relates to:

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated, — Civil No. 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; and Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2005, I caused a copy of

1. Plaintiffs' Memorandum of Law in Response to Defendants' Motion for Reconsideration of the Court's Decision on the Motion to Dismiss for Lack of Subject-Matter Jurisdiction,
2. Certificate of Compliance with LR 7.1,
3. Affidavit of John C. Beyer, and
4. Affidavit of Susan E. MacMenamin, with exhibits 1 through 13,

to be filed under seal with the court via hand delivery, and the related Notices of Conventional Filing to be filed with the court through ECF, causing an e-notice of filing to

be sent to the following:

| | |
|---|---|
| Kenneth L. Adams<br>adamsk@dsmo.com | Richard A. Arnold<br>raa@knsacs.com |
| William J. Blechman<br>wblechman@knsacs.com;<br>mbeaudry@knsacs.com | Douglas R. Boettge<br>Douglas.boettge@leonard.com<br>tiffany.johnson@leonard.com |
| Lawrence Byrne<br>lbyrne@whitecase.com | Craig S. Coleman<br>ccoleman@faegre.com<br>kdraves@faegre.com |
| Lance Croffoot-Suede<br>lcroffoot-suede@whitecase.com | John L. Cuddihy<br>jcuddihy@wc.com |
| Joseph T. Dixon, Jr.<br>jdixon@hensonefron.com<br>dnieuwenhuis@hensonefron.com | Richard A. Duncan<br>rduncan@faegre.com<br>lhonse@faegre.com<br>rcox@faegre.com |
| Vernle C. Durocher, Jr.<br>durocher.skip@dorsey.com<br>nelson.nancy@dorsey.com | Vincent J. Esades<br>vesades@heinsmills.com |
| Karla M. Gluek<br>kgluek@gustafsongluek.com | Daniel E. Gustafson<br>dgustafson@gustafsongluek.com |
| Ruth E. Harlow<br>rharlow@whitecase.com | Samuel D. Heins<br>sheins@heinsmills.com<br>jwestmoreland@heinsmills.com |
| W. Patrick Judge<br>pjudge@briggs.com<br>kbowen@briggs.com | Steven J. Kaiser<br>skaiser@cgsh.com |
| Steven A. Kanner<br>skanner@muchshelist.com<br>dmillen@muchshelist.com<br>plucente@muchshelist.com | Robert N. Kaplan<br>rkaplan@kaplanfox.com |
| Daniel R. Karon<br>karon@wkskg.com | Michael R. Lazerwitz<br>mlazerwitz@cgsh.com |

| | |
|---|---|
| Brent R. Lindahl<br>blindahl@briggs.com | Michael A. Lindsay<br>lindsay.michael@dorsey.com<br>fairbairn.mary@dorsey.com |
| Susan E. MacMenamin<br>smacmenamin@heinsmills.com<br>jwestmoreland@heinsmills.com | Alan H. Maclin<br>amaclin@briggs.com |
| Scott A. Neilson<br>sneilson@hensonefron.com | Pamela I. Perry<br>pip@knsacs.com |
| Christopher V. Roberts<br>christopher.roberts@weil.com | Eric A. Ruzicka<br>ruzicka.eric@dorsey.com<br>breymeier.dianna@dorsey.com |
| Guido Saveri<br>guido@saveri.com | John E. Schmidtlein<br>jschmidtlein@wc.com |
| Renae D. Steiner<br>rsteiner@gustafsongluek.com | |

I further certify that I caused a hard copy of the above documents to be served via hand delivery or U.S. Mail upon Defendants' Counsel at the following addresses:

Joseph T. Dixon, Jr.
Scott A. Neilson
HENSON & EFRON P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503

Lawrence Byrn
Lance Croffoot-Suede
Ruth E. Harlow
Martin S. Bloor
WHITE & CASE LLP
1115 Avenue of the Americas
New York, NY 10036

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Barry F. McNeil
Ronald W. Breaux
Jacqueline Shipchandler
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Michael J. Lazerwitz
Steven J. Kaiser
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave NW
Washington, D.C. 20006

I also certify that I caused a copy of the Notices of Conventional Filing and the Notices of Electronic Filing to be served in the manner specified to the following non-ECF participants:

| **VIA FACSIMILE** | **VIA U.S. FIRST-CLASS MAIL** |
|---|---|
| **(886-4)26626505 and (886-4)26627351**<br>Vedan Enterprises Group<br>f/k/a Tung Hai Fermentation Industrial Corp.<br>65 Hsin An Road,<br>Shalu, Taichung Hsien, Taiwan | Richard B. Pacella<br>LAW OFFICES OF<br>RICHARD B. PACELLA<br>Three New York Plaza<br>New York, NY 10004 |

Dated: August 22, 2005

s/Susan E. MacMenamin
Susan E. MacMenamin (# 0304396)
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**