**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil No. 00-1328 (PAM)

This document relates to:

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.

Defendants.

Civil No. 03-2997 (PAM)

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Plaintiffs' Response to Defendants' Motion for Reconsideration of the Court's Decision on the Motion to Dismiss for Lack of Subject Matter Jurisdiction complies with the length limitation set forth in local rule 7.1(c) and the type size limitation set forth in local rule 7.1(e). It contains 4,990 words in 13-point Times New

Roman font, including all text, headings, footnotes, and quotations. This total was calculated by the word count function used in Microsoft Office Word 2003.

Date: August 22, 2005

s/ Susan E. MacMenamin

Susan E. MacMenamin (#0304396)
**HEINS, MILLS & OLSON, P.L.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

**PLAINTIFFS' CO-LEAD COUNSEL**