UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This Document Relates to:

---

Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of all others similarly situated,

Civil 03-2997 (PAM)

Plaintiffs,

v.

Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; Vedan Enterprises Group, f/k/a/ Tung Hai Fermentation Industrial Corp.; Archer Daniels Midland Co.; Ve Wong Corp.; Wei Chuan Foods Corp.; Yamasa Corp.; and Asahi Kasei Corp.,

Defendants.

---

**CERTIFICATE OF COMPLIANCE**

---

The undersigned hereby affirms that the Defendants' Reply Memorandum of Law In Further Support of Defendants' Motion for Reconsideration of the Court's Decision on the Motion to Dismiss for Lack of Subject-Matter Jurisdiction filed in the above captioned action complies with the word limitations set forth in Local Rule 7.1(c). The

memorandum was prepared using Microsoft Word 2000. According to the word processing system, the memorandum contains 2,272 words. The word processing program has been applied specifically to include all text, including headings, footnotes and quotations.

Dated: September 6, 2005

HENSON & EFRON, P.A.

By: s/Joseph T. Dixon, Jr.
Joseph T. Dixon, Jr. (#23139)
Scott A. Neilson (#239951)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: (612) 339-2500
Telecopier: (612) 339-6364