# DOCUMENT REMOVED

# -

# FILED IN WRONG CASE