# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This document relates to:

Inquivosa S.A., et al.,

Case No. Civil 03-CV-2997 (PAM)

v.

**JUDGMENT IN A CIVIL CASE**

Ajinomoto Company, Inc., et al.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT**

1. Defendants' Motion for Reconsideration (Clerk Doc. No. 557) is **GRANTED**; and

2. The Amended Complaint is **DISMISSED WITH PREJUDICE**.

DATE: October 26, 2005

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
Jenny Beck , Deputy Clerk