# U.S. COURT OF APPEALS – EIGHTH CIRCUIT
## APPELLANT'S FORM A
## Appeal Information Form
## To be filed with the Notice of Appeal

Appeal Docket No. ____________________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd.; MCC Menssing Chemiehandel & Consultants GmbH; Newco Trading Co., on behalf of themselves and all others similarly situated,<br><br>APPELLANT,<br><br>VS. | Samuel D. Heins<br>Heins Mills & Olson, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 338-4605<br><br>Richard A. Lockridge<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. South<br>Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br><br>PLAINTIFFS' CO-LEAD COUNSEL<br><br>(SEE ATTACHED FOR COMPLETE LIST OF PLAINTIFFS' COUNSEL) |
| Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; and Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.<br><br>APPELLEE. | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br><br>Michael A. Lindsay<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600<br><br>DEFENDANTS' LIAISON COUNSEL<br><br>(SEE ATTACHED FOR COMPLETE LIST OF DEFENDANTS' COUNSEL) |

LIST ISSUES ON APPEAL (For administrative purposes) You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ( ) Yes. ( X ) No.

Whether Plaintiffs, who are foreign purchasers of monosodium glutamate and nucleotides manufactured by Defendants, state a claim under the U.S. antitrust laws where Plaintiffs' injuries arose from Defendants' unlawful cartel activities in the U.S. and Defendants intended their cartel activities in the U.S. to cause injury to foreign purchasers of their products.

FOR LEAD COUNSEL ONLY
I ___ have ( X have not) discussed settlement possibilities on appeal with my client.
This appeal ___ is ( X is not) amenable to settlement.

Submitted by: s/Richard A. Lockridge 11/23/05
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at :
www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

**PLAINTIFFS' COUNSEL**

Michael D. Hausfeld
Paul T. Gallagher
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & CLINE, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761

Martin D. Chitwood
Craig G. Harley
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

Howard J. Sedran
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663

Donald L. Perelman
Roberta D. Liebenberg
FINE KAPLAN & BLACK
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

Mark A. Griffin
Lynn L. Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Jared B. Stamell
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Tel: (212) 566-4047
Fax: (212) 566-4061

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Ste. 1700
San Francisco, CA 94111
Tel: (415) 217-6810
Fax: (415) 217-6813

Robert N. Kaplan
Richard J. Kilsheimer
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Joseph M. Patane
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679

Marc H. Edelson
EDELSON & ASSOCIATES LLC
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

Ira N. Richards
TRUJILLO RODRIGUEZ
& RICHARDS, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19106
Tel: (215) 731-9004
Fax: (215) 731-9044

Karl L. Cambronne
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
Tel: (612) 339-7300
Fax: (612) 336-2940

Steven A. Kanner
MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Tel: (312) 521-2000
Fax: (312) 521-2100

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
150 East 52nd Street
30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
117 South 17th Street
22nd Floor - Architects Building
Philadelphia, PA 19103
Tel: (215) 564-5182
Fax: (215) 569-0958

Andrew B. Sacks
SACKS, WESTON, SMOLINSKY,
ALBERT, & LUBER
510 Walnut Street
Suite 400
Philadelphia, PA 19106
Tel: (215) 925-8200
Fax: (215) 925-0508

**DEFENDANTS' COUNSEL**

Michael R. Lazerwitz
Steven J. Kaiser
CLEARY, GOTTLIEB, STEEN
& HAMILTON
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, D.C. 20006-1801
Tel: (202) 974-1500
Fax: (202) 974-1999

**COUNSEL FOR DEFENDANTS AJINOMOTO CO., INC., AJINOMOTO USA, INC., AND ORSAN S.A.**

Barry F. McNeil
Ronald W. Breaux
Jacqueline K. Shipchandler
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Tel: (214) 651-5000
Fax: (214) 651-5940

Skip Durocher
Eric A. Ruzicka
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868

**COUNSEL FOR DEFENDANTS CJ CORP F/K/A CHEIL JEDANG CORPORATION AND CJ AMERICA, INC.**

Alan H. Maclin
W. Patrick Judge
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Tel: (612) 977-8400
Fax: (612) 977-8650

Richard B. Pacella
LAW OFFICES OF
RICHARD B. PACELLA
Three New York Plaza
New York, NY 10004
Tel: (212) 509-4600
Fax: (212) 509-0406

**COUNSEL FOR DEFENDANTS MIWON CO., LTD. AND DAESANG AMERICA, INC. f/k/a MIWON AMERICA, INC.**

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

Joseph T. Dixon, Jr.
Scott A. Neilson
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Tel: (612) 339-2500
Fax: (612) 339-6364

**COUNSEL FOR DEFENDANT TAKEDA CHEMICAL INDUSTRIES, LTD.**

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

William L. Greene
Douglas R. Boettge
LEONARD STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657

**COUNSEL FOR DEFENDANT KYOWA HAKKO KOGYO CO., LTD.**