**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION | MDL 00-1328 |
| This Document Relates to: | |
| Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; and Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.<br><br>Defendants. | Civil No. 03-2997 (PAM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2005, I caused a copy of

1. Notice of Appeal to the Court of Appeals for the Eighth Circuit from a Judgment of the United States District Court for the District Of Minnesota with attached Appellants' Form A and Appellees' Form B; and

3. Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Kenneth L. Adams<br>adamsk@dsmo.com | Richard A. Arnold<br>raa@knsacs.com |
| William J. Blechman<br>wblechman@knsacs.com;<br>mbeaudry@knsacs.com | Douglas R. Boettge<br>Douglas.boettge@leonard.com<br>tiffany.johnson@leonard.com |
| Lawrence Byrne<br>lbyrne@whitecase.com | Craig S. Coleman<br>ccoleman@faegre.com<br>kdraves@faegre.com<br>nhumphrey@faegre.com |
| Lance Croffoot-Suede<br>lcroffoot-suede@whitecase.com | John L. Cuddihy<br>jcuddihy@wc.com |
| Joseph T. Dixon, Jr.<br>jdixon@hensonefron.com<br>dnieuwenhuis@hensonefron.com | Richard A. Duncan<br>rduncan@faegre.com<br>lhonse@faegre.com<br>rcox@faegre.com |
| Vernle C. Durocher, Jr.<br>durocher.skip@dorsey.com<br>nelson.nancy@dorsey.com | Vincent J. Esades<br>vesades@heinsmills.com |
| Karla M. Gluek<br>kgluek@gustafsongluek.com<br>rhoule@gustafsongluek.com | Daniel E. Gustafson<br>dgustafson@gustafsongluek.com |
| Ruth E. Harlow<br>rharlow@whitecase.com | Samuel D. Heins<br>sheins@heinsmills.com<br>jwestmoreland@heinsmills.com |
| W. Patrick Judge<br>pjudge@briggs.com<br>kbowen@briggs.com | Steven J. Kaiser<br>skaiser@cgsh.com |
| Steven A. Kanner<br>skanner@muchshelist.com<br>dmillen@muchshelist.com<br>plucente@muchshelist.com | Robert N. Kaplan<br>rkaplan@kaplanfox.com |

| | |
|---|---|
| Daniel R. Karon<br>karon@wkskg.com | Michael R. Lazerwitz<br>mlazerwitz@cgsh.com |
| Brent R. Lindahl<br>blindahl@briggs.com<br>lchristen@briggs.com | Michael A. Lindsay<br>lindsay.michael@dorsey.com<br>fairbairn.mary@dorsey.com |
| Susan E. MacMenamin<br>smacmenamin@heinsmills.com<br>jwestmoreland@heinsmills.com | Alan H. Maclin<br>amaclin@briggs.com<br>lchristen@briggs.com |
| Scott A. Neilson<br>sneilson@hensonefron.com<br>cfisher@hensonefron.com | Pamela I. Perry<br>pip@knsacs.com |
| Christopher V. Roberts<br>christopher.roberts@weil.com | Eric A. Ruzicka<br>ruzicka.eric@dorsey.com<br>breymeier.dianna@dorsey.com |
| Guido Saveri<br>guido@saveri.com | R. Alexander Saveri<br>rick@saveri.com |
| John E. Schmidtlein<br>jschmidtlein@wc.com | Renae D. Steiner<br>rsteiner@gustafsongluek.com<br>rhoule@gustafsongluek.com |

I also certify that I caused a copy of the foregoing documents and the Notices of Electronic Filing to be served in the manner specified, to the following non-ECF participants:

**VIA FACSIMILE**
**(886-4)26626505 and (886-4)26627351**
Vedan Enterprises Group
f/k/a Tung Hai Fermentation Industrial Corp.
65 Hsin An Road,
Shalu, Taichung Hsien, Taiwan

Dated: November 23, 2005

s/ Richard A. Lockridge

Richard A. Lockridge (#64117)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

**PLAINTIFFS' CO-LEAD COUNSEL**