Fri Nov 25 16:05:15 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 438595
Cashier deborah

Check Number: 564971

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

LOCKRIDGE GRINDAL, ET AL/ 00MD1328 PAM

APPEAL TO THE 8TH CIRCUIT

SCANNED
NOV 25 2005
U.S. DISTRICT COURT MPLS