UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

December 9, 2005

Mr. Richard Allen Lockridge
LOCKRIDGE & GRINDAL
Suite 2200
100 Washington Avenue, S.
Minneapolis, MN 55401

Re: 05-4303 Inquivosa SA vs. Ajinomoto Co.
Re: 05-4307 In re: MSG vs.

Dear Counsel:

We have received certified copies of the notices of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fees for the subject cases. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, the appeals have today been consolidated and assigned the docket numbers indicated. A consolidated briefing schedule is enclosed.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.

(5052-010199)

SCANNED
DEC 1 2 2005
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Samuel D. Heins
Susan E. MacMenamin
Heidi M. Silton
Michael D. Hausfeld
Paul T. Gallagher
Brian A. Ratner
Howard J. Sedran
Joseph Goldberg
Gerald J. Rodos
Jeffrey B. Gittleman
Martin D. Chitwood
Craig G. Harley
Mark A. Griffin
Lynn L. Sarko
Guido Saveri
R. Alexander Saveri
Robert N. Kaplan
Richard J. Kilsheimer
Marc H. Edelson
Donald L. Perelman
Roberta D. Liebenberg
Jared B. Stamell
Ira Neil Richards
Joseph M. Patane
Karl L. Cambronne
Linda P. Nussbaum
Andrew Sacks
Steven A. Kanner
Steven J. Greenfogel
Michael Anthony Lindsay
Vernle C. Durocher Jr.
Eric A. Ruzicka
Michael R. Lazerwitz
Steven J. Kaiser
Jacqueline K. Shipchandler
Barry F. McNeil
Ronald W. Breaux
Alan Hall Maclin

W. Patrick Judge
Richard B. Pacella
Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
Scott A. Neilson
Joseph T. Dixon II
A. Paul Victor
James F. Lerner
Christopher V. Roberts
William L. Greene
Douglas R. Boettge
Craig S. Coleman
Richard Alan Duncan
John L. Cuddihy
John E. Schmidtlein
Julie A. Rixe, Court Reporter
Maria Weinbeck, Court Reporter
Jeanne Anderson, Court Reporter
Bruce Tiffany, Court Reporter
Sandy Hoffman, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 03-2997 PAM
District Court/Agency Case Number(s): 00-MD-1328 PAM-SPMS