# UNITED STATES DISTRICT COURT
## District of Minnesota

COPY

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** December 8, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Jenny Beck, U.S. District Court - Minnesota

RECEIVED
DEC 1 2 20..
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**In Re:** District Court Case No.: 00-md-1328 (PAM)
Eighth Circuit Case No.:
Case Title: In Re: Monosodium Glutamate, et al

---

TRANSMITTED HEREWITH:

___ Original File(s), consisting of file(s).

_x_ Two certified copies, and one uncertified copy of updated docket sheet from 3/3/00.

___ Designated Clerk's Record #

___ Other:

___ Transcript(s): (Listed below or on attached list)

RECEIVED
DEC - 9 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________________

DEC 1 2 2005