**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION

Civil 00-MD-1328 (PAM)

This Document Relates to: ALL ACTIONS

---

# NOTICE OF CHANGE OF FIRM AFFILIATION

---

**TO: THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Defendant Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd. (and any and all other Takeda entities) have changed their law firm affiliation. Please direct all further pleadings and correspondence to them at the address shown below and revise your service lists accordingly:

Lawrence Byrne **(larry.byrne@linklaters.com)**
Lance Croffoot-Suede **(lance.croffoot-suede@linklaters.com)**
Ruth E. Harlow **(ruth.harlow@linklaters.com)**
Martin S. Bloor **(martin.bloor@linklaters.com)**
**LINKLATERS**
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

This change in law firm affiliation shall not delay the trial or other progress of the case. Henson & Efron, P.A., and Joseph T. Dixon, Jr. and Scott A. Neilson, attorneys, remain as co-counsel in this matter for said defendant.

Respectfully submitted,

**HENSON & EFRON, P.A.**

Dated: November 1, 2006.

By: s/ Joseph T. Dixon, Jr.
Joseph T. Dixon, Jr. (#23139)
Scott A. Neilson (#239951)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Tel: (612) 339-2500
Fax: (612) 339-6364

-and-

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
Martin S. Bloor
**LINKLATERS**
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

*Attorneys for Defendant Takeda Pharmaceutical Company Limited f/k/a Takeda Chemical Industries, Ltd.*

294595.DOC