UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION — Civil 00-MD-1328 (PAM)

This Document Relates to: ALL ACTIONS

## CERTIFICATE OF SERVICE

I, JENNIFER M. MARXEN, hereby certify that on November 1, 2006, I caused the following documents:

1. **NOTICE OF CHANGE OF FIRM AFFILIATION**

to be served via electronic filing:

Kenneth L. Adams adamsk@dsmo.com,

Richard Alan Arnold rarnold@kennynachwalter.com

William J. Blechman wjb@kennynachwalter.com, mbeaudry@kennynachwalter.com

Douglas R. Boettge douglas.boettge@leonard.com

W. Joseph Bruckner wjbruckner@locklaw.com, emsipe@locklaw.com; ctjohansen@locklaw.com

Lawrence Byrne lbyrne@whitecase.com,

Craig S. Coleman ccoleman@faegre.com, kdraves@faegre.com

Lance Croffoot-Suede lcroffoot-suede@whitecase.com,

John L. Cuddihy jcuddihy@wc.com,

Joseph T. Dixon, Jr. jdixon@hensonefron.com, vvien@hensonefron.com; dsmith@hensonefron.com; sjenkins@hensonefron.com

Richard A. Duncan rduncan@faegre.com, lhonse@faegre.com; rcox@faegre.com

Vernle C. Durocher, Jr . durocher.skip@dorsey.com, nelson.nancy@dorsey.com

Vincent J. Esades vesades@heinsmills.com

Karla M. Gluek kgluek@gustafsongluek.com, rhoule@gustafsongluek.com

William L. Greene william.greene@leonard.com, patricia.hartmann@leonard.com

Daniel E. Gustafson dgustafson@gustafsongluek.com, rhoule@gustafsongluek.com

Ruth E. Harlow rharlow@whitecase.com,

Samuel D. Heins sheins@heinsmills.com

W. Patrick Judge pjudge@briggs.com, kwollan@briggs.com

Steven J. Kaiser skaiser@cgsh.com,

Steven A. Kanner skanner@muchshelist.com, dmillen@muchshelist.com, plucente@muchshelist.com

Daniel R. Karon karon@gsk-law.com

Michael R. Lazerwitz mlazerwitz@cgsh.com,

Brent R. Lindahl blindahl@briggs.com, lchristen@briggs.com

Michael A. Lindsay lindsay.michael@dorsey.com, fairbairn.mary@dorsey.com

Richard A. Lockridge lockrra@locklaw.com, emmonrm@locklaw.com

Susan E. MacMenamin smacmenamin@halleland.com, ngordon@halleland.com

Alan H. Maclin amaclin@briggs.com, lchristen@briggs.com

Scott A. Neilson sneilson@hensonefron.com, cfisher@hensonefron.com

Pamela I. Perry pip@kennynachwalter.com

Christopher V. Roberts christopher.roberts@weil.com,

Eric A. Ruzicka ruzicka.eric@dorsey.com, breymeier.dianna@dorsey.com

Guido Saveri guido@saveri.com

John E. Schmidtlein jschmidtlein@wc.com,

Heidi M. Silton hmsilton@locklaw.com, hnpotteiger@locklaw.com; mmackerman@locklaw.com

and via United States Mail and facsimile upon the counsel listed below:

Samuel D. Heins
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Richard A. Lockridge
LOCKRIDGE GRANDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55402
Tel: (612) 339-6900
Fax: (612) 339-0981

**PLAINTIFFS' CO-LEAD COUNSEL**

Michael R. Lazerwitz
Steven J. Kaiser
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006-1801
Tel: (202) 974-1500
Fax: (202) 974-1999

Michael A. Lindsay
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-7819
Telecopier: (612) 340-2868

**COUNSEL FOR DEFENDANTS AJINOMOTO CO., INC., AJINOMOTO USA, INC., AND ORSAN S.A.**

Barry F. McNeil
Ronald W. Breaux
Jacqueline K. Shipchandler
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Tel: (214) 651-5000
Fax: (214) 651-5940

Skip Durocher
Eric A. Ruzicka
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868

**COUNSEL FOR DEFENDANTS CJ CORP F/K/A CHEIL JEDANG CORPORATION AND CJ AMERICA, INC.**

A. Paul Victor
James F. Lerner
Christopher V. Roberts
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0199
Tel: (212) 310-8000
Fax: (212) 310-8007

William L. Greene
Douglas R. Boettge
LEONARD STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657

**COUNSEL FOR DEFENDANT KYOWA HAKKO KOGYO CO., LTD.**

Jennifer M. Marxen

Subscribed and sworn to before me
this 1st day of November, 2006.

Nola K. Breen
Notary Public

NOLA K. BREEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

294606.DOC